**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INFOW, LLC | ) | Case No. 22 - 60020 |
| | ) | |
| Debtor. | ) | Chapter 11 (Subchapter V) |
| In re: | ) | |
| | ) | |
| IWHEALTH, LLC | ) | Case No. 22 - 60021 |
| | ) | |
| Debtor. | ) | Chapter 11 (Subchapter V) |
| In re: | ) | |
| | ) | |
| PRISON PLANET TV, LLC | ) | Case No. 22 - 60022 |
| | ) | |
| Debtor. | ) | Chapter 11 (Subchapter V) |

## ORDER FOR JOINT ADMINISTRATION

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. _____ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. _____ Parties may request joint hearings on matters pending in any of the jointly administered cases.

3. _____ A docket entry, substantially similar to the following, shall be entered on the docket for each of the Debtors, other than InfoW, LLC:

    An order has been entered in this case consolidating this case with the case of InfoW, LLC, Case No. 22- 60020    for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 22- 60020    should be consulted for all matters affecting the above listed case. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 22- 60020    .

4. _____  The official caption of the Jointly Administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| In re: | ) | |
|---|---|---|
| | ) | |
| INFOW, LLC, *et al.*, | ) | Case No. 22 - 60020 |
| | ) | |
| Debtors.[1] | ) | Chapter 11 (Subchapter V) |
| | ) | |
| | ) | Jointly Administered |

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

5. _____  The Debtors shall file monthly operating reports by consolidating the information required for each debtor into one report without being required to break out information on a debtor-by-debtor basis unless otherwise ordered by the Court; provided that the Debtors shall include schedules of disbursements on an individual debtor basis in such consolidated operating reports.

Only the lines checked are ordered.

Dated: _____     _____
United States Bankruptcy Judge