**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**JAYSON B. RUFF**
**TRIAL ATTORNEY**
**515 RUSK, SUITE 3516**
**HOUSTON, TX 77002**
**Telephone: (713) 718-4650**
**Fax: (713) 718-4670**
**E-Mail: Jayson.B.Ruff@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **INFOW, LLC** *et al.* | § | **CASE NO. 22-60004** |
| | § | |
| | § | **CHAPTER 11 (Subchapter V)** |
| | § | **Jointly Administered** |
| **DEBTORS.¹** | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned cases:

**MELISSA HASELDEN**
**700 MILAM, SUITE 1300**
**HOUSTON, TX 77002**
**Email: mhaselden@haseldenfarrow.com PH: 832-819-1149**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

---

1 The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

Dated: April 18, 2022

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:    */s/ Jayson B. Ruff*
        Jayson B. Ruff
        Trial Attorney
        MI State Bar No. P69893
        515 Rusk, Suite 3516
        Houston, Texas 77002
        Telephone: (713) 718-4650
        Fax: (713) 718-4670
        Jayson.B.Ruff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on April 18, 2022.

By:    */s/ Jayson B. Ruff*
        Jayson B. Ruff
        Trial Attorney
        MI State Bar No. P69893
        515 Rusk, Suite 3516
        Houston, Texas 77002
        Telephone: (713) 718-4650
        Fax: (713) 718-4670
        Jayson.B.Ruff@usdoj.gov

**By Mail to Debtors:**

**InfoW, LLC**
PO Box 1819
Houston, TX 77251-1819

**IWHealth, LLC**
PO Box 1819
Houston, TX 77251-1819

**Prison Planet TV, LLC**
PO Box 1819
Houston, TX 77251-1819

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
|   **INFOW, LLC** *et al.* | § | **CASE NO. 22-60020** |
| | § | |
| | § | **CHAPTER 11 (Subchapter V)** |
| | § | **Jointly Administered** |
| **DEBTORS.**[1] | § | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in these proceedings, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

      (a)     am not a creditor, equity security holder or insider of the debtors;

      (b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtors; and

      (c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtors, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in these cases at an hourly rate of $450.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in these jointly administered cases pursuant to FRBP 2008.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

1

2

Dated: April 18, 2022

**HASELDEN FARROW PLLC**

By: <u>Melissa Haselden</u>
        Digitally signed by Melissa Haselden
        Date: 2022.04.18 11:14:42 -05'00'

MELISSA A. HASELDEN
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com

2