IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INFOW, LLC, *et al.*, | ) | Case No. 22 - 60020 |
| | ) | |
| Debtors.[1] | ) | Chapter 11 (Subchapter V) |
| | ) | |
| | ) | Jointly Administered |

**NOTICE OF HEARING**
**[Related to ECF Nos. 6 and 7]**

**PLEASE TAKE NOTICE** that a hearing regarding the *Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief* [ECF No. 6] and *Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* [ECF No. 7] has been scheduled for **Friday, April 22, 2022, at 9:00 AM (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in person, by telephone and by remote video conference. Parties wishing to participate in the hearing telephonically may do so by dialing **1-832-917-1510** and entering conference code **590153** when prompted. Parties may also participate via remote video conference by going to

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

1

**https://www.gotomeet.me/JudgeLopez** and clicking the "join the meeting" button, parties may join by entering the meeting code: **JudgeLopez**.

| | |
|---|---|
| Dated:  April 19, 2022 | Respectfully Submitted, |
| | |
| | */s/ R.J. Shannon* |
| | PARKINS LEE & RUBIO LLP |
| | Kyung S. Lee PLLC |
| | TX Bar No. 12128400 |
| | R.J. Shannon. |
| | TX Bar No. 24108062 |
| | Pennzoil Place |
| | 700 Milam Street, Suite 1300 |
| | Houston, Texas 77002 |
| | Email: klee@parkinslee.com |
| | rshannon@parkinslee.com |
| | Phone: 713-715-1660 |
| | |
| | *Proposed Counsel to the Debtors* |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served by electronic transmission to all registered ECF users appearing in the case as of the date of this filing and to all the parties listed below

| | |
|---|---|
| Attn: Mark Bankson, William Ogden<br>Kaster Lynch Farrar & Ball, LLP<br>1117 Herkimer Street<br>Houston, TX 77008<br>mark@fbtrial.com<br>bill@fbtrial.com | Attn: Norman A Pattis, Cameron L. Atkinson<br>Pattis & Smith, LLC<br>383 Orange Street<br>New Haven, CT 06511<br>npattis@pattisandsmith.com<br>catkinson@pattisandsmith.com |
| Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal<br>Koskoff Koskoff & Bieder<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br>asterling@koskoff.com<br>cmattei@koskoff.com<br>mblumenthal@koskoff.com | Attn: Eric Henzy<br>Zeisler & Zeisler P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>ehenzy@zeislaw.com<br><br>Attn: Shelby Jordan<br>Jordan & Ortiz, P.C.<br>500 N. Shoreline Blvd. Suite 900<br>Corpus Christi, Texas 78401<br>sjordan@jhwclaw.com |
| Attn: F. Andino Reynal<br>Fertitta & Reynal LLP<br>917 Franklin St., Suite 600<br>Houston, TX 77002<br>areynal@frlaw.us | |

Attn: Ray Battaglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Attn: Avi Moshenberg, Nick Lawson, Matthew Caldwell
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
avi.moshenberg@mhllp.com
nick.lawson@mhllp.com
matthew.caldwell@mhllp.com

Attn: Cordt Akers
The Akers Law Firm PLLC
Cordt Akers
3401 Allen Parkway, Suite 101
Houston, TX 77019
cca@akersfirm.com

Attn: Daniel DeSouza
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com

Richard S. Schmidt
615 Leopard, #635
Corpus Christi, TX 78401
rss@judgerss.com

Russell F. Nelms
115 Kay Lane
Westworth Village, TX 76114
rfargar@yahoo.com

Attn: W. Marc Schwartz
Schwatz Associates
712 Main Street, Ste. 1830
Houston, TX 77002

Attn: Matthew Okin
Okin Adams LLP
1113 Vine St., Ste. 240
Houston, TX 77002
mokin@okinadams.com

Attn: Ha Minh Nguyen, Jayson Ruff
Office of the United States Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
ha.nguyen@usdoj.gov
jayson.b.ruff@usdoj.com

Melissa Haselden
700 Milam, Suite 1300
Houston, TX 77002
mhaselden@haseldenfarro.com

*/s/ R.J. Shannon*
R.J. Shannon