UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| INFOW, LLC, *et al.*, | ) Case No. 22 - 60020 |
| | ) |
| Debtors.[1] | ) Chapter 11 (Subchapter V) |
| | ) |
| | ) Jointly Administered |

**WITNESS AND EXHIBIT LIST**
**[Related to ECF Nos. 6 and 7]**

| Judge: | Christopher M. Lopez |
|---|---|
| Parties Name: | InfoW, LLC; IWHealth, LLC and Prison Planet TV, LLC |
| Attorney's Name: | Kyung S. Lee; R.J. Shannon |
| Attorney's Telephone: | 713-715-1660 |
| Nature of Proceeding: | Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief [ECF No. 6]<br><br>and<br><br>Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief [ECF No. 7] |

InfoW, LLC ("InfoW"), IWHealth, LLC ("IW Health"), and Prison Planet TV, LLC ("Prison Planet TV", and together with InfoW and IW Health, the "Debtors"), the debtors and debtors-in-possession in the above-captioned chapter 11 cases, by and through counsel of record, hereby submits this Witness and Exhibit List (the "Witness and Exhibit List") in connection with the hearing scheduled for Friday, April 22, 2022 at 9:00 A.M. prevailing Central Time (the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

"Hearing") on the *Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief* [ECF No. 6] and the *Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* [ECF No. 7].

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing, whether in person, video or by proffer:

1. Marc Schwartz;
2. Richard S. Schmidt;
3. Russell M. Nelms;
4. Any witness(es) called or designated by another party; and
5. Any witness(es) necessary to rebut the testimony of any witness(es) called or designated by any other party.

## EXHIBITS[2]

The Debtors may offer for admission into evidence any of the following exhibits at the trial:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the Litigation Settlement Trust and Granting Related Relief [ECF No. 6] | | | | |

---

[2] Unless otherwise specified, all exhibits in this Witness and Exhibit List contain all attachments that were included in the filing of such document.

2

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 2. | Curriculum Vitae of Russell M. Nelms | | | | |
| 3. | Curriculum Vitae of Richard S. Schmidt | | | | |
| 4. | Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz & Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief [ECF No. 7] | | | | |
| 5. | Curriculum Vitae of W. Marc Schwartz. CPA/CFF, CFE | | | | |
| 6. | Corporate Organization Chart | | | | |

The Debtors reserve the right to supplement, amend or delete any witness and exhibit prior to the Hearing. The Debtors also reserve the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Debtors reserve the right to introduce exhibits previously admitted.

[*Remainder of Page Intentionally Left Blank*]

Dated:  April 21, 2022										Respectfully Submitted,

											*/s/Kyung S. Lee*
											PARKINS LEE & RUBIO LLP
											Kyung S. Lee
											TX Bar No. 12128400
											R.J. Shannon
											TX Bar No. 24108062
											Pennzoil Place
											700 Milam Street, Suite 1300
											Houston, Texas 77002
											Email: klee@parkinslee.com
											           rshannon@parkinslee.com
											Phone: 713-715-1660

											*Proposed Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was duly served by electronic transmission to all registered ECF users appearing in the case as of the date of this filing and to the parties listed below:

Attn: Mark Bankson, William Ogden
Kaster Lynch Farrar & Ball, LLP
1117 Herkimer Street
Houston, TX 77008
mark@fbtrial.com
bill@fbtrial.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002
areynal@frlaw.us

Attn: Norman A Pattis, Cameron L. Atkinson
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
npattis@pattisandsmith.com
catkinson@pattisandsmith.com

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Battaglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Attn: Avi Moshenberg, Nick Lawson, Matthew Caldwell
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
avi.moshenberg@mhllp.com
nick.lawson@mhllp.com
matthew.caldwell@mhllp.com

Attn: Cordt Akers
The Akers Law Firm PLLC
Cordt Akers
3401 Allen Parkway, Suite 101
Houston, TX 77019
cca@akersfirm.com

Attn: Daniel DeSouza
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com

Richard S. Schmidt
615 Leopard, #635
Corpus Christi, TX 78401
rss@judgerss.com

Russell F. Nelms
115 Kay Lane
Westworth Village, TX 76114
rfargar@yahoo.com

Attn: W. Marc Schwartz
Schwatz Associates
712 Main Street, Ste. 1830
Houston, TX 77002
mschwartz@schwartzassociates.us

| | |
|---|---|
| Attn: Matthew Okin<br>Okin Adams LLP<br>1113 Vine St., Ste. 240<br>Houston, TX 77002<br>mokin@okinadams.com | Attn: Ha Minh Nguyen, Jayson Ruff<br>Office of the United States Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>ha.nguyen@usdoj.gov<br>jayson.b.ruff@usdoj.com<br><br>Melissa Haselden<br>700 Milam, Suite 1300<br>Houston, TX 77002<br>mhaselden@haseldenfarro.com<br><br><br>/s/*R. J. Shannon*<br>R.J. Shannon |