# RUSSELL F. NELMS

rfargar@yahoo.com

**EXHIBIT 2**

## CONTACT

**Email:** rfargar@yahoo.com
**Phone:** (682) 433-9110
**Address:** 115 Kay Lane
Westworth Village, TX  76114

## ADMISSIONS

**TEXAS SUMPREME COURT**
1978

## EDUCATION

**Doctor of Jurisprudence with High Honors**
Texas Tech University, 1978

**Bachelor of Arts with Highest Honors**
Texas Tech University, 1975

## SKILLS

Leadership

Communication

Problem Solving

Critical Thinking

Collaboration

Handling Pressure

## PROFESSIONAL PROFILE

Results-driven retired Bankruptcy Judge with 30+ years of complex litigation experience.  Has served on numerous boards of directors facilitating major corporate restructures.  Has served as mediator in complex Chapter 7 and Chapter 11 bankruptcies.

## EXPERIENCE

**Nelms & Associates**
*Westworth Village, Texas  2018 – Present*
- Mediator for complex bankruptcy proceedings
- Member of Advisory Boards to Chapter 11 Utility
- Member of Board of Directors for complex Chapter 11 Debtors
- Trustee for Litigation Trust
- Plan Administrator for complex Chapter 11 Debtor

**United States Bankruptcy Judge**
*Northern District of Texas, Fort Worth Division 2004 – 2018*

**Carrington, Coleman, Sloman & Blumenthal, LLP**
*Dallas, Texas  1984 – 2004*
- Partner 1989 -2004, Bankruptcy Section
- Associate 1984 – 1989, Bankruptcy Section
- Complex Chapter 11 and Chapter 7 Litigation

**United States Army (Captain)**
*Judge Advocate General's Corps, 1978 - 1984*
- Chief of Military Justice, 193d Infantry Brigade, Fort Clayton, Panama, 1982-1984
- Trial Defense Counsel, U.S. Army Trial Defense Service, Fort Clayton, Panama, 1981-1982
- Prosecutor, U.S. Army Field Artillery Center, Fort Sill, Oklahoma, 1978-1981

**PROFESSIONAL ACHIEVEMENTS**
**Collier's Handbook for Trustees and Debtors in Possession, 2014 – 2018**
- Contributing Editor

**Southern Methodist University Dedman School of Law**
*Dallas, Texas, 2012 to 2014*
- Adjunct Professor of Law

# Nelms & Associates
*Westworth Village, Texas  (2018-Present)*

**CURRENT ENGAGEMENTS**

- Trustee, Think Finance Litigation Trust
- Chairman, Advisory Board to Brazos Electric Cooperative
- Independent Manager, Spherature Investments, LLC
- Plan Administrator, Griddy Energy, LLC

**PRIOR ENGAGEMENTS**

- Chairman, Independent Board of Directors, Warrior Custom Golf
- Independent Director, Diamondback Industries, Inc.
- Independent Director, Strand Advisors, Inc. as General Partner of Highland Capital Management LP