Case 22-60020   Document 17-3   Filed in TXSB on 04/21/22   Page 1 of 3

EXHIBIT
3

Available as a Bankruptcy Fiduciary, Consultant, or Mediator

# JUDGE RICHARD S. SCHMIDT

📞 (361) 360-0682

HOME    PROFESSIONAL RESUME    SIGNIFICANT CASES    AWARDS & ASSOCIATIONS

CONTACT



# Professional Resume

## Education

B.S. in Mathematics with Honors — New Mexico State University

J.D. — The University of Texas

## Work Experience

### 1970-1973

Employer: J.R. Reed Music Company
Position: Assistant Manager, Credit Department
Location: Austin, Texas

### 1978-1987

Employer: Smitherman, Lunn, Chastain & Hill
Position: Partner, Private Practice of Law
Location: Shreveport, Louisiana

Experience Details:
Developed a general civil practice with an emphasis on trial work.



Character of practice was widespread.

Litigated in the following areas:

• Oil & Gas
• Bankruptcy
• Tax
• Personal Injury
• Corporate Law

• Property Law
• Eminent Domain
• Civil Rights
• Environmental Law

• Family Law
• Contracts
• Social Security
• Workers' Compensation

Also accepted criminal defense appointments in both state and federal court and defended crimes ranging from driving offenses through second-degree murder.

Maintained an office practice that included:

• Formation of Corporations
• Real Estate Closings
• Securities

• Tax Advice
• Domestic Relations
• Venture Capital Development

• Wills & Successions
• Bankruptcy

## 1987-2015

Employer: Southern District of Texas
Location: Corpus Christi, Texas
Position: United States Bankruptcy Judge
Experience Details:
Appointed by the Fifth Circuit Court, of Appeals
Divisions include Corpus Christi, Brownsville and McAllen.
Current docket of pending cases over 10,000 and annual average filings of 6,000.
Served as Chief Judge and as a member of the Fifth Circuit Judicial Council.
Frequent lecturer and speaker at the American Bar Association, State Bar of Texas, Commercial Law League, National Conference of Bankruptcy Judges, University of Texas School of Law, Louisiana Bar Association and many local bar associations.

# Military Duty

## 1973-1978

Employer: United States Air Force
Position: Assistant Staff Judge Advocate, Barksdale Air Force Base, Louisiana
Experience Details:
Served as corporate counsel for the Second Bomb Wing, Barksdale AFB, a company of over 7,000 employees.
Reviewed governmental contracts concerning Barksdale AFB.

Represented the base in utilities negotiations and litigation.

Provided advice to commanders on a myriad of other legal and quasi-legal problems.

## 1978-2004

Employer: United States Air Force Reserves

Position: Staff Judge Advocate, Mission Support Squadron Commander and Support Group Commander of the 917th Wing, Barksdale AFB, LA

Experience Details:

Rose to the rank of Colonel

Commanded a unit of over 900 personnel that provided the Wing with all support functions including Security Police, Engineering, Personnel, Finance, Food Services, Chaplains, and Legal.

Received the Legion of Merit for outstanding service in a position of extraordinary responsibility.

# RICHARD S. SCHMIDT

Home    Professional Resume    Significant Cases    Awards & Associations    Contact

615 Leopard Street, Suite 635 , Corpus Christi, TX, 78401

Phone: (361) 360-0682

Copyright © 2022 Web Site Design by Web.com Group, Inc.