UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
|   INFOW, LLC *et al.* § | CASE NO. 22-60020 |
| § | |
| § | CHAPTER 11 (Subchapter V) |
| § | Jointly Administered |
| DEBTORS.¹ § | |

**ORDER SUSTAINING OBJECTION OF UNITED STATES TRUSTEE TO DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING APPOINTMENT OF RUSSELL F. NELMS AND RICHARD S. SCHMIDT AS TRUSTEES OF THE 2022 LITIGATION SETTLEMENT TRUST AND GRANTING RELATED RELIEF**
[Related Dkt. No. __]

CAME ON for consideration by the *Objection of the United States Trustee to Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief U.S. Trustee's Objection to Debtor's Designation as a Subchapter V Small Business Debtor* (the "Objection"). For the reasons set forth on the record, it is hereby

**ORDERED** that the Objection is **SUSTAINED**; it is

**FURTHER ORDERED** that the *Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief* [Dkt. No. 6] (the "Motion") is denied with prejudice.

---

¹ The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.