IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, Richard M. Coan, Trustee of the Bankruptcy Estate of Erica Lafferty, William Sherlach, and Robert Parker (collectively, Creditors and Parties in Interest), by and through the undersigned counsel, file this Notice of Appearance and Request for Service in the above-captioned case, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b) and requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon the Creditors and Parties in Interest by serving:

> Randy W. Williams
> State Bar No. 21566850
> Email: rww@bymanlaw.com
> **BYMAN & ASSOCIATES PLLC**
> 7924 Broadway, Suite 104
> Pearland, Texas 77581
> 281-884-9262

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not intended as consent pursuant to 28 U.S.C. § 157(c)(2) or waiver of: (1) the liquidation or estimation of unliquidated claims for purposes of distribution, reserved for Article III adjudication pursuant to 28 U.S.C. § 157(b)(2)(B); (2) the right to trial by jury pursuant to 28 U.S.C. § 1411; (3) the right to contest jurisdiction or appropriate venue; and (4) any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which the Creditors and Parties in Interest expressly reserve.

Respectfully submitted this 21st day of April 2022.

                                        */s/ Randy W. Williams*
                                  Randy W. Williams
                                  State Bar No. 21566850
                                  Email: rww@bymanlaw.com
                                  **BYMAN & ASSOCIATES PLLC**
                                  7924 Broadway, Suite 104
                                  Pearland, Texas 77581
                                  281-884-9262
                                  **ATTORNEYS FOR CREDITORS AND PARTIES IN INTEREST**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 21st day of April 2022.

                                        */s/ Randy W. Williams*
                                        Randy W. Williams