IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

**CONNECTICUT LITIGATION PLAINTIFFS'
WITNESS AND EXHIBIT LIST FOR EMERGENCY HEARING**

| Judge | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date | Friday, April 22, 2022 |
| Hearing Time | 9:00 a.m. (CST) |
| Party's Name | David Wheeler, et al. |
| Attorney's Name | Ryan Chapple and Randy Williams |
| Attorney's Phone | 512-477-5000 |
| Nature of Proceeding | Debtors' Emergency Motions [Dkts. 6 and 7] |

**WITNESS AND EXHIBIT LIST**

Connecticut Litigation Plaintiffs hereby submit this Witness and Exhibit List in connection with the hearing on the *Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of the 2022 Litigation Settlement Trust and Granting Related Relief* [Dkt. 6] (the Litigation Trustee Motion) and *Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* [Dkt. 7] (the CRO

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

Application and, collectively with the Litigation Trustee Motion, the Debtors' Emergency Motions) to be held on Friday, April 22, 2022 at 9:00 a.m. (central standard time):

Counsel for Connecticut Litigation Plaintiffs reserves the right to supplement, amend, or delete any witnesses or exhibits prior to the hearing. Counsel for Connecticut Litigation Plaintiffs reserves the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, counsel reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Counsel for Connecticut Litigation Plaintiffs further reserves the right to introduce exhibits previously admitted.

## WITNESS LIST

- Marc Schwartz;
- Richard S. Schmidt;
- Russell M. Nelms;
- Any witness listed or called by any other party.

## EXHIBIT LIST

**IF YOU SEEK A COPY OF THE EXHIBITS, YOU CAN ACCESS THEM BY SUBMITTING A WRITTEN REQUEST TO ARLANA PRENTICE AT APRENTICE@CSTRIAL.COM.**

Counsel for Connecticut Litigation Plaintiffs may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offer | Obj | Date Admit | Disposition after trial |
|---|---|---|---|---|---|
| 1. | Wheeler Plaintiffs Original Complaint | | | | |
| 2. | Certificate of Formation of Infowars, LLC | | | | |
| 3. | Texas Secretary of State Public Information Reports for Infowars, LLC | | | | |
| 4. | Change of Registered Agent of Infowars, LLC | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Change of Name of Infowars, LLC to InfoW, LLC | | | | |
| 6. | Certificate of Formation of Infowars Health, LLC | | | | |
| 7. | Texas Secretary of State Public Information Reports for Infowars Health, LLC | | | | |
| 8. | Change of Registered Agent of Infowars Health, LLC | | | | |
| 9. | Change of Name of Infowars Health, LLC to IWHealth, LLC | | | | |
| 10. | Certificate of Formation of Prison Planet TV, LLC | | | | |
| 11. | Texas Secretary of State Public Information Reports for Prison Planet TV, LLC | | | | |
| 12. | Change of Registered Agent of Prison Planet TV, LLC | | | | |
| | Any exhibits designated by other parties | | | | |
| | Any exhibits necessary for rebuttal | | | | |

Respectfully submitted this 21st day of April 2022.

                                                 */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

and

Randy W. Williams
State Bar No. 21566850
Email: rww@bymanlaw.com
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, Texas 77581
281-884-9262
**ATTORNEYS FOR CONNECTICUT LITIGATION PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 21st day of April 2022.

　　　　　　　　　　　　　　　　　*/s/ Ryan E. Chapple*
　　　　　　　　　　　　　　　Ryan E. Chapple