IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT G-1

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ **Taxpayer number**: 3 2 0 4 8 0 6 6 5 0 3

■ **Report year**: 2 0 2 1

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name**: INFOWARS HEALTH, LLC

■ ◯ Blacken circle if the mailing address has changed.

**Mailing address**: PO Box 19549
**City**: AUSTIN   **State**: TX   **ZIP code plus 4**: 78760

**Secretary of State (SOS) file number or Comptroller file number**: 0801602061

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**: PO Box 19549, AUSTIN, TX, 78760
**Principal place of business**: PO Box 19549, AUSTIN, TX, 78760

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

## SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ALEX JONES | MANAGER | ◯ YES | |
| Mailing address: PO Box 19549 | City: AUSTIN | State: TX | ZIP Code: 78760 |
| | | ◯ YES | |
| Mailing address | City | State | ZIP Code |
| | | ◯ YES | |
| Mailing address | City | State | ZIP Code |

## SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
**Agent**: Eric Taube
**Office**: 100 Congress Ave 18th Flr   **City**: Austin   **State**: TX   **ZIP Code**: 78701

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ➤ Bill Love   **Title**: AGENT   **Date**: 11/10/2021   **Area code and phone number**: ( 512 ) 646 - 4408

**Texas Comptroller Official Use Only**

VE/DE ◯   PIR IND ◯

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT G-2

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ **Taxpayer number:** 3 2 0 4 8 0 6 6 5 0 3

■ **Report year:** 2 0 2 0

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name:** INFOWARS HEALTH, LLC

■ ○ Blacken circle if the mailing address has changed.

**Mailing address:** PO Box 19549
**City:** AUSTIN    **State:** TX    **ZIP code plus 4:** 78760

**Secretary of State (SOS) file number or Comptroller file number:** 0801602061

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** PO Box 19549, AUSTIN, TX, 78760
**Principal place of business:** PO Box 19549, AUSTIN, TX, 78760

You must report officer, director, member, general partner and manager information as of the date you complete this report.

***Please sign below!*** This report must be signed to satisfy franchise tax requirements.

1000000000015

## SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ALEX JONES | MANAGER | ○ YES | |
| **Mailing address:** PO Box 19549 | **City:** AUSTIN | **State:** TX | **ZIP Code:** 78760 |
| | | ○ YES | |
| **Mailing address:** | **City:** | **State:** | **ZIP Code:** |
| | | ○ YES | |
| **Mailing address:** | **City:** | **State:** | **ZIP Code:** |

## SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

**Agent:** Eric Taube
**Office:** 100 Congress Ave 18th Flr    **City:** Austin    **State:** TX    **ZIP Code:** 78701

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ▶**  ALEX JONES    **Title:** AGENT    **Date:** 11/11/2020    **Area code and phone number:** ( 512 ) 646 - 4408

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT G-3

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode  13196 Franchise

■ **Taxpayer number**: 3 2 0 4 8 0 6 6 5 0 3

■ **Report year**: 2 0 1 9

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name**: INFOWARS HEALTH, LLC

■ ○ Blacken circle if the mailing address has changed.

**Mailing address**: 3005 S LAMAR BLVD STE D109 317

**City**: AUSTIN    **State**: TX    **ZIP code plus 4**: 78704

**Secretary of State (SOS) file number or Comptroller file number**: 0801602061

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**: 3005 S LAMAR BLVD STE D109 317, AUSTIN, TX, 78704
**Principal place of business**: 3005 S LAMAR BLVD STE D109 317, AUSTIN, TX, 78704

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

### SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ALEX JONES | MANAGER | ○ YES | |
| Mailing address: 3005 S LAMAR BLVD STE D109 317 | City: AUSTIN | State: TX | ZIP Code: 78704 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

### SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
Agent: H ALLEN HILL JR
Office: 400 W 15TH SUITE 808    City: AUSTIN    State: TX    ZIP Code: 78701

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶  ALEX JONES    **Title**: AGENT    **Date**: 10/24/2019    **Area code and phone number**: (512) 646-4408

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT G-4

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

Filing Number: 801602061



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions



■ Tcode 13196 Franchise

■ Taxpayer number: 32048066503

■ Report year: 2018

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | INFOWARS HEALTH, LLC |
|---|---|

○ Blacken circle if the mailing address has changed.

| Mailing address | 3005 S LAMAR BLVD STE D109 317 |
|---|---|
| City | AUSTIN |
| State | TX |
| ZIP code plus 4 | 78704 |

Secretary of State (SOS) file number or Comptroller file number: **0801602061**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 3005 S LAMAR BLVD STE D109 317, AUSTIN, TX, 78704
Principal place of business: 3005 S LAMAR BLVD STE D109 317, AUSTIN, TX, 78704

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

## SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| ALEX JONES | MANAGER | ○ YES | |
| Mailing address: 3005 S LAMAR BLVD STE D109 317 | City: AUSTIN | State: TX | ZIP Code: 78704 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

## SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Agent: | H ALLEN HILL JR | | | |
|---|---|---|---|---|
| Office: | 400 W 15TH SUITE 808 | City: AUSTIN | State: TX | ZIP Code: 78701 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | ALEX JONES | Title: AGENT | Date: 09/25/2018 | Area code and phone number: ( 512 ) 646 - 4408 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

TRANSMITTER ID = CCHFTWSPROD

TLN = 00042714892