IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT K-1

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ **Taxpayer number**: 32034159759

■ **Report year**: 2021

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name**: PRISON PLANET TV, LLC

■ ○ Blacken circle if the mailing address has changed.

**Mailing address**: PO Box 19549
**City**: AUSTIN   **State**: TX   **ZIP code plus 4**: 78760

**Secretary of State (SOS) file number or Comptroller file number**: 0800898371

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**: PO Box 19549, AUSTIN, TX, 78760
**Principal place of business**: PO Box 19549, AUSTIN, TX, 78760

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

## SECTION A   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ALEX JONES | MANAGER | ○ YES | |
| Mailing address: PO Box 19549 | City: AUSTIN | State: TX | ZIP Code: 78760 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

## SECTION B   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
**Agent**: Eric J. Taube
**Office**: 100 Congress Ave 18th Flr   **City**: Austin   **State**: TX   **ZIP Code**: 78701

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here**: Bill Love   **Title**: MANAGER   **Date**: 11/10/2021   **Area code and phone number**: (512) 646-4408

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT K-2

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ **Taxpayer number**: 3 2 0 3 4 1 5 9 7 5 9

■ **Report year**: 2 0 2 0

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name**: PRISON PLANET TV, LLC

Blacken circle if the mailing address has changed.

**Mailing address**: PO Box 19549

**City**: AUSTIN   **State**: TX   **ZIP code plus 4**: 78760

**Secretary of State (SOS) file number or Comptroller file number**: 0800898371

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**: PO Box 19549, AUSTIN, TX, 78760
**Principal place of business**: PO Box 19549, AUSTIN, TX, 78760

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000015

### SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ALEX JONES | MANAGER | ○ YES | |
| **Mailing address**: PO Box 19549 | **City**: AUSTIN | **State**: TX | **ZIP Code**: 78760 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

### SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

**Agent**: Eric J. Taube
**Office**: 100 Congress Ave 18th Flr   **City**: Austin   **State**: TX   **ZIP Code**: 78701

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here**: ALEX JONES   **Title**: MANAGER   **Date**: 11/11/2020   **Area code and phone number**: ( 512 ) 646 - 4408

**Texas Comptroller Official Use Only**

VE/DE ○     PIR IND ○

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT K-3

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.



| 05-102 |
|---|
| (Rev.9-15/33) |

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year | |
|---|---|---|
| 3 2 0 3 4 1 5 9 7 5 9 | 2 0 1 8 | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

| Taxpayer name | | |
|---|---|---|
| PRISON PLANET TV, LLC | | ■ ○ Blacken circle if the mailing address has changed. |
| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
| 3005 S LAMAR BLVD STE D109 317 | | |
| City | State | ZIP code plus 4 |
| AUSTIN | TX | 78704 | 0800898371 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| 3005 S LAMAR BLVD STE D109 317, AUSTIN, TX, 78704 |
| Principal place of business |
| 3005 S LAMAR BLVD STE D109 317, AUSTIN, TX, 78704 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

### SECTION A   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| ALEX JONES | MANAGER | ○ YES | | |
| Mailing address | City | State | ZIP Code | |
| 3005 S LAMAR BLVD STE D109 317 | AUSTIN | TX | 78704 | |
| Name | Title | Director | Term expiration | m m d d y y |
| | | ○ YES | | |
| Mailing address | City | State | ZIP Code | |
| Name | Title | Director | Term expiration | m m d d y y |
| | | ○ YES | | |
| Mailing address | City | State | ZIP Code | |

### SECTION B   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Agent: | ELIZABETH M. SCHURIG | | | |
|---|---|---|---|---|
| Office: | 100 CONGRESS AVE 22ND FLOOR | City AUSTIN | State TX | ZIP Code 78701 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ► | ALEX JONES | Title MANAGER | Date 09/25/2018 | Area code and phone number ( 512 ) 646 - 4408 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

TRANSMITTER ID = CCHFTWSPROD
TLN = 00042714895

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT K-4

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

```
180701 12-07-11
TX2012
Ver. 3.4    05-102
            (Rev.9-11/30)
```

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196

■ Taxpayer number: 32034159759

■ Report year: 2012

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name: **PRISON PLANET TV, LLC**

Mailing address: **P.O. BOX 19549**
City: **AUSTIN**   State: **TX**   ZIP Code: **78760** Plus 4 **9549**

Secretary of State (SOS) file number or Comptroller file number: **0800898371**

□ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 910 WEST MARY STREET, AUSTIN, TX 78704
Principal place of business: 910 WEST MARY STREET, AUSTIN, TX 78704

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**Please sign below!**

*3203415975912*

### SECTION A — Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| ALEX JONES | MANAGER | ☐ YES | |
| Mailing address: P.O. BOX 19549 | City: AUSTIN | State: TX | ZIP: 78760 |
| | | ☐ YES | |
| | | ☐ YES | |

### SECTION B
Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C
Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (see instructions if you need to make changes)
☐ Check box if you need forms to change the registered agent or registered office information.

Agent: **ELIZABETH M. SCHURIG**
Office: **100 CONGRESS AVE., 22ND FLOOR**   City: **AUSTIN**   State: **TX**   ZIP Code: **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ [signature]   Title: **Member**   Date: **11/13/2012**   Area code and phone number: **512 646 4408**

Texas Comptroller Official Use Only

☐ VE/DE   ☐ PIR IND   ☐

1019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors[1] | § | Jointly Administered |

# EXHIBIT K-5

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

00008280167

Filing Number: 800898371

980701 12-02-09
TX2010
Ver. 1.0
05-102
(9-09/29)

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT
*To be filed by Corporations, Limited Liability Companies (LLCS) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196

■ Taxpayer number: 32034159759

■ Report year: 2010

You have certain rights *under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you.* Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name: PRISON PLANET TV, LLC
Mailing address: P.O. BOX 19549
City: AUSTIN   State: TX   ZIP Code: 78760   Plus 4: 9549
Secretary of State file number or Comptroller file number: 0800898371

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 910 WEST MARY STREET, AUSTIN, TX 78704
Principal place of business: 910 WEST MARY STREET, AUSTIN, TX 78704

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**Please sign below!**

*3203415975910*

## SECTION A  Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| ALEX JONES | MANAGER | ☐ YES | |

Mailing address: P.O. BOX 19549   City: AUSTIN   State: TX   ZIP Code: 78760

| Name | Title | Director | Term expiration |
|---|---|---|---|
| | | ☐ YES | |

Mailing address:    City:    State:    ZIP Code:

| Name | Title | Director | Term expiration |
|---|---|---|---|
| | | ☐ YES | |

Mailing address:    City:    State:    ZIP Code:

## SECTION B  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes)
Agent: ELIZABETH M. SCHURIG
Office: 100 CONGRESS AVE., 22ND FLOOR   City: AUSTIN   State: TX   ZIP Code: 78701

☐ Check box if you need forms to change the registered agent or registered office information.

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶    Title: Member   Date: 11/24/2010   Area code and phone number: 512 646 4408



Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |



1019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors¹ | § | Jointly Administered |

# EXHIBIT K-6

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC f/k/a Infowars, LLC (6916). IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

000048199912

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

Comptroller of Public Accounts FORM 05-102 (Rev. 1-08/28)
■ Tcode 13196

■ Taxpayer number: 3 2 0 3 4 1 5 9 7 5 9    ■ Report year: 2 0 0 9

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name: **PRISON PLANET TV, LLC**
Mailing address: **PO BOX 19549**
City: **AUSTIN**  State: **TX**  ZIP Code: **78760**  Plus 4:

Secretary of State file number or Comptroller file number: **0800898371**

○ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office: **PO BOX 19549; AUSTIN, TX 78760**
Principal place of business: **3019 ALVIN DEVANE BLVD, STE 350; AUSTIN, TX 78741**

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3203415975909

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| **ALEX JONES** | **MANAGER** | ○ YES | |
| Mailing address: **PO BOX 19549** | City: **AUSTIN** | State: **TX** | ZIP code: **78760** |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP code |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP code |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **ELIZABETH M. SCHURIG**
Office: **100 CONGRESS AVENUE 22ND FLOOR**  City: **AUSTIN**  State: **TX**  ZIP Code: **78701**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ 
Title: **CONTROLLER**  Date: **11/03/2009**  Area code and phone number: **(512) 646-4408**

*Texas Comptroller Official Use Only*




VE/DE ○   PIR IND ○