UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-60020 |
| **INFOW, LLC,** *et al.*, | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtors.[1] | § | |
| | § | Jointly Administered |

**OBJECTION TO DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING APPOINTMENT OF RUSSELL F. NELMS AND RICHARD S. SCHMIDT AS TRUSTEES OF THE 2022 LITIGATION SETTLEMENT TRUST AND GRANTING RELATED RELIEF**
(Relates to Docket No. 6 & 18)

Creditors Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively, the "**Texas Litigation Plaintiffs**") hereby join the *Objection of United States Trustee to Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of The 2022 Litigation Settlement Trust and Granting Related Relief* which was filed at Docket No. 18 (the "**UST Objection**"). For the reasons stated in the UST Objection, the Texas Litigation Plaintiffs request that this Court deny the Debtors' motion and grant such other and further relief as it may deem just and proper.

*[Remainder of Page Left Intentionally Blank]*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

Dated:  April 21, 2022                                    Respectfully submitted,

**THE BEATTY LAW FIRM PC**

By: /s/J. Maxwell Beatty
J. Maxwell Beatty
State Bar No. 24051740
max@beattypc.com
1127 Eldridge Pkwy
Suite 300, #383
Houston, Texas 77077
Tel. 832-529-3381
Fax. 832-852-1266
*Counsel for the Texas Litigation Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that, on April 21, 2022, a copy of the foregoing motion was served on all parties registered to receive such service via the Court's ECF system.

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty