UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | § |
| | §  Case No. 22-60020 |
| **INFOW, LLC**, *et al.,* | § |
| | §  Chapter 11 (Subchapter V) |
| Debtors.[1] | § |
| | §  Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

TO ALL PARTIES, PLEASE TAKE NOTICE that Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively, the "**Creditors and Parties in Interest**"), by and through the undersigned counsel, file this Notice of Appearance and Request for Service in the above-captioned case, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§102(1), 342, and 1109(b) and requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon the Creditors and Parties in Interest by serving:

> Cliff Walston
> State Bar No. 24037666
> cliff@wbctrial.com
> **WALSTON BOWLIN CALLENDAR, PLLC**
> 4299 San Felipe Street
> Suite 300
> Houston, Texas 77027
> (713) 300-8700

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies,

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not intended as consent pursuant to 28 U.S.C. § 157(c)(2) or waiver of: (1)the liquidation or estimation of unliquidated claims for purposes of distribution, reserved for Article III adjudication pursuant to 28U.S.C. §157(b)(2)(B); (2)the right to trial by jury pursuant to 28 U.S.C. § 1411; (3)the right to contest jurisdiction or appropriate venue; and (4) any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which the Creditors and Parties in Interest expressly reserve.

Dated:  April 22, 2022

Respectfully submitted,

By: /s/ *Cliff Walston*
Cliff Walston
State Bar No. 24037666 4299
cliff@wbctrial.com
**WALSTON BOWLIN CALLENDAR, PLLC**
San Felipe Street
Suite 300
Houston, Texas 77027
(713) 300-8700
*Counsel for the Creditors and Parties in Interest*

## **CERTIFICATE OF SERVICE**

I certify that, on April 22, 2022, a copy of the foregoing motion was served on all parties registered to receive such service via the Court's ECF system.

                                                             /s/ *Cliff Walston*
                                                           Cliff Walston