United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 25, 2022
~~Nathan Ochsner~~, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Main Case Number | 22-60020 |
|---|---|---|---|
| | Debtor | In Re: | INFOW, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher M. Mattei<br>Koskoff Koskoff & Bieder PC<br>350 Fairfield Avenue, Bridgeport, CT 06604<br>(203) 336-4421<br>cmattei@koskoff.com<br>Licensed: CT Bar No. 425074<br>Federal Bar & Number: ct27500 |
|---|---|

| Name of party applicant seeks to appear for: | (See attached Exhibit A) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  4/22/2022 | Signed: | /s/ Christopher M. Mattei |
|---|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated:  4/25/22 | Clerk's signature: | /s/ R. Saldaña |

**Order**     This lawyer is admitted *pro hac vice*.

Signed:  April 25, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

## **Exhibit A**

*List of Names of Parties Applicant Seeks to Appear for*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION

| | |
|---|---|
| **In re:** ) | Case No. 22-60020 |
| **INFOW, LLC** ) | Chapter 11 (Subchapter V) |
| Debtor. ) | |
| **In re:** ) | Case No. 22-60021 |
| **IWHEALTH, LLC** ) | Chapter 11 (Subchapter V) |
| Debtor. ) | |
| **In re:** ) | Case No. 22-60022 |
| **PRISON PLANET TV, LLC** ) | Chapter 11 (Subchapter V) |
| Debtor. ) | |
| ) | Jointly Administered |

### LIST OF NAMES OF PARTIES CHRISTOPHER M. MATTEI SEEKS TO APPEAR FOR

1. Richard M. Coan, Trustee of the Bankruptcy Estate of Erica Lafferty
2. David Wheeler
3. Francine Wheeler
4. Jacqueline Barden
5. Mark Barden
6. Nicole Hockley
7. Ian Hockley
8. Jennifer Hensel
9. Donna Soto
10. Carlee Soto-Parisi
11. Carlos M. Soto
12. Jillian Soto
13. William Aldenberg
14. William Sherlach
15. Robert Parker

Dated: April 22, 2022

/s/ *Christopher M. Mattei*
Christopher M. Mattei (CT Bar No. 425074 /ct27500)
Koskoff, Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Email: cmattei@koskoff.com