UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **In re:** | § |
| | §  **Case No. 22-60020** |
| **INFOW, LLC**, *et al.*, | § |
| | §  **Chapter 11 (Subchapter V)** |
| **Debtors.**[1] | § |
| | §  **Jointly Administered** |

**WITNESS AND EXHIBIT LIST**
**(Relates to Docket No. 6, 7, & 36)**

| **Main Case No:** 22-60020 | **Name of Debtor:** InfoW, LLC, et al. |
|---|---|
| **Adversary No:** N/A | **Style of Adversary:** N/A |
| | |
| **Witnesses:** | |
| March Schwartz | **Judge:** Hon. Christopher Lopez |
| Richard S. Schmidt | **Courtroom Deputy:** Kimberly Picota |
| Russell M. Nelms | **Hearing Date:** April 29, 2022 |
| Mark Bankston | **Hearing Time:** 3:00 p.m. |
| Any witness called or designated by any other party | **Party's Name**: Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine |
| Any witness necessary to rebut the testimony of any witness called or designated by any other party | **Attorney's Name**: J. Maxwell Beatty |
| | **Attorney's Phone**: 832-529-3381 |
| | **Nature of Proceeding**: Hearing on: (i) *Debtors' Emergency Motion for Order Authorizing Appointment of Russell F. Nelms and Richard S. Schmidt as Trustees of The 2022 Litigation Settlement Trust and Granting Related Relief* [DE 6]; (ii) *Debtors' Emergency Application for Interim and Final Orders (A) Authorizing Employment of W. Marc Schwartz as Chief Restructuring Officer, (B) Authorizing Employment of Staff of Schwartz Associates, LLC in Discharge of Duties as Chief Restructuring Officer, and (C) Granting Related Relief* [DE 7]; and (iii) *Connecticut Plaintiffs' Emergency Motion to Dismiss Chapter 11 Cases and Objection to Debtors' Designation as Subchapter V Small Vendors* [DE 36] |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

**EXHIBITS**

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Chapter 11 Voluntary Petition (InfoW, LLC) [Case No. 22-60020, DE 1] | | | | |
| 2 | Chapter 11 Voluntary Petition (Prison Planet TV, LLC) [Case No. 22-60022, DE 1] | | | | |
| 3 | Chapter 11 Voluntary Petition (IWHealth, LLC) [Case No. 22-60020, DE 1] | | | | |
| 4 | Defendant InfoWars, LLC's Responses to Plaintiff's Interrogatories, Requests for Admissions, and Requests for Production of Documents [Case No. D-1-GN-18-006623] | | | | |
| 5 | Defendants' Response to Plaintiffs Motion to Compel and Motion for Sanctions [Case No. D-1-GN-18-001605] | | | | |
| 6 | Amended Order on Plaintiff's Motion for Default Judgment and 2nd Motion for Contempt [Case No. D-1-GN-18-001835] | | | | |
| 7 | Order on Plaintiffs' Motion for Sanctions Regarding Corporate Deposition [Case Nos. D-1-GN-18-001835 & D-1-GN-18-001842] | | | | |
| 8 | Order on Plaintiff's Motion for Sanctions Regarding Evidence Tampering [Case No. D-1-GN-18-001605] | | | | |
| 9 | Plaintiffs' Fourth Amended Petition [Case No. D-1-GN-18-00835] | | | | |

Dated: April 27, 2022

Respectfully submitted,
**THE BEATTY LAW FIRM PC**

By: /s/J. Maxwell Beatty
J. Maxwell Beatty
State Bar No. 24051740
max@beattypc.com
1127 Eldridge Pkwy
Suite 300, #383
Houston, Texas 77077
Tel. 832-529-3381
Fax. 832-852-1266
*Counsel for the Texas Litigation Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on April 27, 2022, a copy of the foregoing motion was served on all parties registered to receive such service via the Court's ECF system.

*/s/ J. Maxwell Beatty*
J. Maxwell Beatty