UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| INFOW, LLC, *et al.*, ) | Case No. 22 - 60020 |
| ) | |
| Debtors.¹ ) | Chapter 11 (Subchapter V) |
| ) | |
| ) | Jointly Administered |

**ORDER DENYING EMERGENCY HEARING ON CONNECTICUT PLAINTIFFS'
MOTION TO DISMISS CHAPTER 11 CASES AND OBJECTION TO DEBTORS'
DESIGNATION AS SUBCHAPTER V SMALL VENDORS**

**[RELATES TO ECF NO. 36]**

Upon consideration of the Objection (the "Objection")² filed by the above-captioned Debtors for entry of an order denying any emergency relief sought in *Connecticut Plaintiff's Emergency Motion to Dismiss Chapter 11 Cases and Objection to Debtor's Designation as Subchapter V Small Vendors* (sic) [ECF No. 36](the "Emergency Motion"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is justified and is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

¹ The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.
² All capitalized terms not defined herein shall have the meaning provided in the Objection.

1. The request for an emergency hearing on April 29, 2022, requested in the *Connecticut Plaintiffs' Motion to Dismiss Chapter 11 Cases and Objection to Debtors' Designation as Subchapter V Small Vendors* (sic) [ECF No. 36] (the "Motion to Dismiss") is denied without prejudice to the remaining relief requested therein.

2. A hearing on the remaining relief requested in the Motion to Dismiss shall be held on _____, _____ 2022.

Dated this \_\_ day of _____ 2022.

_____
United States Bankruptcy Judge