EXHIBIT 2

```
 1                 UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                        VICTORIA DIVISION

 3                                      )   CASE NO: 22-60020-CML
                                        )
 4   INFOW, LLC,                        )   Victoria, Texas
                                        )
 5          Debtor.                     )   Friday, April 22, 2022
                                        )
 6                                      )   9:00 a.m. - 10:49 a.m.
     -------------------------------)
 7                                      )   CASE NO: 22-60021-CML
                                        )
 8   IWHEALTH, LLC,                     )
                                        )
 9          Debtor.                     )
                                        )
10   -------------------------------)

11                              TRIAL

12            BEFORE THE HONORABLE CHRISTOPHER M. LOPEZ
                   UNITED STATES BANKRUPTCY JUDGE
13

14   APPEARANCES:

15   For the Debtors:         KYUNG SHIK LEE
                              R.J. SHANNON
16                            Parkins Lee & Rubio LLP
                              Pennzoil Place
17                            700 Milam Street
                              Suite 1300
18                            Houston, TX 77002

19   For the U.S. Trustee:    JAYSON B. RUFF
                              HA MINH NGUYEN
20                            Office of the United States Trustee
                              515 Rusk Street
21                            Suite 3516
                              Houston, TX 77002
22
     For Proposed Litigation  MATTHEW OKIN
23   Settlement Trustees:     DAVID CURRY
                              Okin Adams
24                            1113 Vine Street
                              Suite 240
25                            Houston, TX 77002
```

```
 1    For Neil Heslin et al:    JON MAXWELL BEATTY
                                The Beatty Law Firm PC
 2                              935 Bayou Parkway
                                Houston, TX 77077
 3
                                CLIFFORD HUGH WALSTON
 4                              Walston Bowlin, LLP
                                4299 San Felipe Street
 5                              Suite 300
                                Houston, TX 77027
 6
      Sub Chapter V Trustee:    MELISSA A. HASELDEN
 7                              Haselden Farrow PLLC
                                Pennzoil Place
 8                              700 Milam
                                Suite 1300
 9                              Houston, TX 77002

10    For David Wheeler et al: RYAN E. CHAPPLE
                                Cain & Skarnulis PLLC
11                              303 Colorado Street
                                Suite 2850
12                              Austin, TX 78701

13                              RANDY W. WILLIAMS
                                Byman & Associates PLLC
14                              7924 Broadway
                                Suite 104
15                              Pearland, TX 77581

16                              ALINOR STERLING
                                CHRISTOPHER M. MATTEI
17                              Koskoff Koskoff & Bieder
                                350 Fairfield Avenue
18                              Suite 501
                                Bridgeport, CT 06604
19
      For the Trustee:          RAYMOND WILLIAM BATTAGLIA
20                              Law Offices of Ray Battaglia, PLLC
                                66 Granburg Circle
21                              San Antonio, TX 78218

22    Interested Party:         Shelby A Jordan
                                Jordan & Ortiz, PC
23                              500 N Shoreline
                                Suite 900 N
24                              Corpus Christi, TX 78401

25
```

```
 1    Also Present:           MARC SCHWARTZ, CRO
                              RICHARD SCHMIDT
 2
      Court Reporter/Deputy:  Kimberly Picota
 3
      Transcribed by:         Veritext Legal Solutions
 4                            330 Old Country Road, Suite 300
                              Mineola, NY 11501
 5                            Tel: 800-727-6396

 6

 7
      Proceedings recorded by electronic sound recording;
 8    Transcript produced by transcription service.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2        VICTORIA, TEXAS; FRIDAY, APRIL 22, 2022 9:00 AM

3                         (Call to Order)

4             THE COURT:  Good morning, everyone.  This is Judge

5    Lopez.  Today is April 22nd.  I'm going to call the nine

6    a.m. case, which is essentially first-day hearings in InfoW

7    LLC, IWL -- it should be IWHealth LLC, and Prison Planet TV

8    LLC.

9             There are a number of folks on the line, and I'm

10   going to try to keep the line unmuted, just see how that

11   goes.  We have a feature where I can mute the entire line,

12   and I'm going to try to avoid that.  But if I end up doing

13   it, I will give everyone plenty of notice and you will have

14   to hit five-star if you wish to be heard.

15            I'm going to just ask everyone to please put your

16   phone on mute right now until your case is called.  And I

17   hear a lot of back noise.  I'm just going to turn the

18   feature on.  So I'm asking everyone just please take a look

19   at your phone and please keep it on mute.  When it is time

20   to speak, I will call on you and you are able to speak.

21   Let's see how this goes.

22            Let me start off by taking appearances.  And why

23   don't I start in the courtroom.  Who is here on behalf of

24   the Debtors?

25            MR. LEE:  Good morning, Your Honor.  Kyung Lee, K-

1  royalty interest before?  Like let's just say with in the 90
2  days before the filing?
3           MR. SCHWARTZ:  Well...
4           THE COURT:  Go ahead.  I'll tell you why I'm
5  asking.  I don't want you to be confused by my question.
6  You mentioned that there was a direct pay at some point, and
7  then you stopped.  Or you stepped in and said no, it's got
8  to go directly to IW health, the royalty payment.  What was
9  the pre-bankruptcy arrangement before you...
10          MR. SCHWARTZ:  Pre-bankruptcy, the royalty was
11 sent to Alex Jones directly, his personal bank account.
12          THE COURT:  Okay, thank you.
13          MR. SCHWARTZ:  And I discovered that
14 (indiscernible) that was a Monday.  Because that's when I
15 went to Austin.  So prior to that date, it was not receiving
16 any royalty..
17          THE COURT:  Okay.  And then there's one more.
18 Prison Planet TV LLC.
19          MR. SCHWARTZ:  Prison Planet owns a number of
20 videos that were produced and developed by Alex Jones'
21 enterprise.  I think eight, 10, 12 or something like that.
22 There's a list of them.
23          THE COURT:  Aside from own them, what does it do?
24 It just owns them?
25          MR. SCHWARTZ:  It's similar to...

1                THE COURT:  InfoW?

2                MR. SCHWARTZ:  InfoW.  It just owns them.

3                THE COURT:  How much cash do you think it held on

4    the petition date?

5                MR. SCHWARTZ:  It held zero.

6                THE COURT:  It held zero.  Within the 90-day

7    period before the petition date, was it generating any

8    income?

9                MR. SCHWARTZ:  The 90 days before -- so just like

10   InfoW, owned by Alex Jones a hundred percent.  And half of

11   its assets were used (indiscernible) FSS.  It was not

12   anything for that use.

13               THE COURT:  Okay.  Okay.  I guess I can ask you

14   and I can ask Mr. Lee.  And I think Mr. Lee has already

15   asked the question.  What do you believe the purpose of

16   these Chapter 11 cases is?

17               MR. SCHWARTZ:  The purpose?  The purpose is to

18   arrange to pay all of the plaintiffs the amount of their --

19   let's say in a bankruptcy sense, their allowed claim in

20   full.  That's the purpose.

21               THE COURT:  So when the pleadings talk about

22   paying it in full, you are referring to a defined term in

23   the trust agreement that basically says whatever the court -

24   - whatever is allowed in the bankruptcy case, the amount of

25   that claim.

1                 MR. SCHWARTZ:  Yes.

2                 THE COURT:  Okay.  Does that contemplate payments

3      -- does the settlement then contemplate just the Debtors or

4      will it include a global settlement including the non-

5      debtors that you've described earlier?

6                 MR. SCHWARTZ:  It includes the -- specially Alex

7      Jones and FSS.

8                 THE COURT:  Okay.

9                 MR. SCHWARTZ:  Because they are the source of the

10     funds to make the payment.

11                THE COURT:  Okay.  Mr. Schwartz, I will tell you,

12     there was a motion set for you for today.  It sounds like

13     it's not going forward.  I think those are all the questions

14     that I have for you.  I think that is what is customary on a

15     first day I think to just ask, get a general understanding.

16     Are you aware of anything else in connection with the

17     bankruptcy case itself that you think I should know at this

18     time in terms of what may be coming?

19                Typically -- and I'm just saying this for folks

20     who are listening.  It's very typical for a bankruptcy judge

21     to ask at the beginning of a case what might I expect in the

22     short-term future.  I've been told by some folks they are

23     going to file a motion, and I'll take them up.  And maybe

24     this is a question for Mr. Lee.  What may I expect in the

25     short near-term.

```
1                         CERTIFICATION
2
3    I certify that the foregoing is a correct transcript from
4    the electronic sound recording of the proceedings in the
5    above-entitled matter.
6
7    [signature: Sonya M. Ledanski Hyde]
8
9
10   Sonya Ledanski Hyde
11
12
13
14
15
16
17
18
19
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:  April 27, 2022
```