**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | **Case No. 22-60020** |
| **INFOW, LLC,** *et al.,* § | |
| § | **Chapter 11 (Subchapter V)** |
| **Debtors.**[1] § | |
| § | **Jointly Administered** |

**ORDER GRANTING THE TEXAS LITIGATION PLAINTIFFS'**
**SUPPLEMENTAL MOTION TO DISMISS PETITION**
(Relates to Docket No. ___)

Upon the motion of Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (collectively, the "**Texas Litigation Plaintiffs**") for entry of an order dismissing the Chapter 11 cases (the "**Motion**"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and appropriate notice having been provided under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**:

    1.    The Motion is granted;

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

2. The Debtors cases, *In re InfoW, LLC* (Case No. 22-60020), *In re IWHealth, LLC* (Case No. 22-60021), and *In re Prison Planet TV, LLC* (Case No. 60022), are all dismissed with prejudice.

3. The Court shall retain jurisdiction over all matters related to the interpretation and implementation of this Order.