United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 25, 2022
~~Nathan Ochsn~~er, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Main Case Number | 22-60020 |
|---|---|---|---|
| Debtor | | In Re: | INFOW, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher M. Mattei<br>Koskoff Koskoff & Bieder PC<br>350 Fairfield Avenue, Bridgeport, CT 06604<br>(203) 336-4421<br>cmattei@koskoff.com<br>Licensed: CT Bar No. 425074<br>Federal Bar & Number: ct27500 |
|---|---|

| Name of party applicant seeks to appear for: | (See attached Exhibit A) |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/22/2022 | Signed: | /s/ Christopher M. Mattei |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 4/25/22    Clerk's signature:   /s/ R. Saldaña |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: April 25, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

## **Exhibit A**

*List of Names of Parties Applicant Seeks to Appear for*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION

| | | |
|---|---|---|
| In re: <br> **INFOW, LLC** <br>     Debtor. | ) <br> ) <br> ) <br> ) | **Case No. 22-60020** <br> **Chapter 11 (Subchapter V)** |
| In re: <br> **IWHEALTH, LLC** <br>     Debtor. | ) <br> ) <br> ) <br> ) <br> ) | **Case No. 22-60021** <br> **Chapter 11 (Subchapter V)** |
| In re: <br> **PRISON PLANET TV, LLC** <br>     Debtor. | ) <br> ) <br> ) <br> ) | **Case No. 22-60022** <br> **Chapter 11 (Subchapter V)** <br> **Jointly Administered** |

**LIST OF NAMES OF PARTIES CHRISTOPHER M. MATTEI SEEKS TO APPEAR FOR**

1. Richard M. Coan, Trustee of the Bankruptcy Estate of Erica Lafferty
2. David Wheeler
3. Francine Wheeler
4. Jacqueline Barden
5. Mark Barden
6. Nicole Hockley
7. Ian Hockley
8. Jennifer Hensel
9. Donna Soto
10. Carlee Soto-Parisi
11. Carlos M. Soto
12. Jillian Soto
13. William Aldenberg
14. William Sherlach
15. Robert Parker

Dated: April 22, 2022

/s/  *Christopher M. Mattei*
Christopher M. Mattei (CT Bar No. 425074 /ct27500)
Koskoff, Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Email:  cmattei@koskoff.com

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 22-60020-cml
InfoW, LLC Chapter 11
IWHealth, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-6     User: ADIuser     Page 1 of 2
Date Rcvd: Apr 25, 2022     Form ID: pdf002     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | IWHealth, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | InfoW, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | Prison Planet TV, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| intp | + | Ray W. Battaglia, Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| intp | + | Shelby A Jordan, Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Neil Heslin, et al. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clifford Hugh Walston | on behalf of Creditor Neil Heslin et al. cliff@wbctrial.com, claudia@wbctrial.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |

| District/off: 0541-6 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: pdf002 | Total Noticed: 6 |

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jon Maxwell Beatty
    on behalf of Creditor Neil Heslin  et al. max@beattypc.com, 1652348420@filings.docketbird.com

Kyung Shik Lee
    on behalf of Debtor InfoW  LLC klee@parkinslee.com, Courtnotices@kasowitz.com

Kyung Shik Lee
    on behalf of Debtor IWHealth  LLC klee@parkinslee.com, Courtnotices@kasowitz.com

Kyung Shik Lee
    on behalf of Debtor Prison Planet TV  LLC klee@parkinslee.com, Courtnotices@kasowitz.com

Melissa A Haselden
    mhaselden@haseldenfarrow.com
    haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

R. J. Shannon
    on behalf of Debtor IWHealth  LLC rshannon@parkinslee.com,
    rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

R. J. Shannon
    on behalf of Debtor InfoW  LLC rshannon@parkinslee.com,
    rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

R. J. Shannon
    on behalf of Debtor Prison Planet TV  LLC rshannon@parkinslee.com,
    rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

Randy W Williams
    on behalf of Creditor David Wheeler  et al. rww@bymanlaw.com, rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Raymond William Battaglia
    on behalf of Interested Party Ray W. Battaglia rbattaglialaw@outlook.com

Ryan E Chapple
    on behalf of Creditor David Wheeler  et al. rchapple@cstrial.com, aprentice@cstrial.com

Shelby A Jordan
    on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 16