UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Avi Moshenberg and Nicholas R. Lawson hereby submit this their *Notice of Appearance and Request for Service of Papers* requesting notice of all hearings and conferences and for service of all papers filed in this case. All notices given or required to be given in this case can be served upon:

Avi Moshenberg
Texas Bar No. 24083532
Nicholas R. Lawson
Texas Bar No. 24083367
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: avi.moshenberg@mhllp.com
E: nick.lawson@mhllp.com

Dated: April 29, 2022

                                                Respectfully submitted,

                                                MCDOWELL HETHERINGTON LLP

                                                By: */s/ Avi Moshenberg*
                                                       Avi Moshenberg
                                                       Texas Bar No. 24083532
                                                       Nicholas R. Lawson
                                                       Texas Bar No. 24083367
                                                       1001 Fannin Street
                                                       Suite 2700
                                                       Houston, TX 77002
                                                       P: 713-337-5580
                                                       F: 713-337-8850
                                                       E: avi.moshenberg@mhllp.com
                                                       E: nick.lawson@mhllp.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 29, 2022, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                                        */s/ Avi Moshenberg*
                                                        Avi Moshenberg