UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   INFOW, LLC *et al.* | § | CASE NO. 22-60020 |
| | § | |
| | § | CHAPTER 11 (Subchapter V) |
| | § | Jointly Administered |
| DEBTORS.[1] | § | |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE
TO DISMISS DEBTORS' CHAPTER 11 CASES**
[Related Dkt. No. __]

CAME ON for consideration by the *Motion of the United States Trustee to Dismiss Debtors' Chapter 11 Cases* (the "Motion"). For the reasons set forth on the record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that the above-captioned Debtors' chapter 11 cases are hereby dismissed.

The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.