**Fill in this information to identify the case:**

Debtor     IW Health, LLC

United States Bankruptcy Court for the: Southern     District of Texas
(State)

Case number   22-60021
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | IW Health, LLC | Case number (if known) | 22-60021 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Carlee Soto-Parisi
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.2 Nonpriority creditor's name and mailing address**
Carlos Soto
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.3 Nonpriority creditor's name and mailing address**
Dona Soto
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.4 Nonpriority creditor's name and mailing address**
Erica Lafferty
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.5 Nonpriority creditor's name and mailing address**
Francine Wheeler
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.6 Nonpriority creditor's name and mailing address**
Ian Hockley
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

Debtor  IW Health, LLC
        Name

Case number (if known) 22-60021

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address
Jacqueline Barden
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.8** Nonpriority creditor's name and mailing address
Jennifer Hensel
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.9** Nonpriority creditor's name and mailing address
Jeremy Richman
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.10** Nonpriority creditor's name and mailing address
Jillian Soto
c/o Koskoff Koskoff & Bieder 350 Fairfield Ave
Bridgeport, CT 06604

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.11** Nonpriority creditor's name and mailing address
Mark Barden
c/o Koskoff Koskoff & Bieder
Bridgeport, CT 06604

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

Debtor  IW Health, LLC    Case number (if known) 22-60021
        Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address
Nicole Hockley
c/o Koskoff Koskoff & Bieder
Bridgeport, CT 06604

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.13** Nonpriority creditor's name and mailing address
Robert Parker
c/o Koskoff Koskoff & Bieder
Bridgeport, CT 06604

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.14** Nonpriority creditor's name and mailing address
William Aldenberg
c/o Koskoff Koskoff & Bieder
Bridgeport, CT 06604

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.15** Nonpriority creditor's name and mailing address
William Sherlach
c/o Koskoff Koskoff & Bieder
Bridgeport, CT 06604

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation Claim

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.16** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor __IW Health, LLC_____   Case number (*if known*) __22-60021_____
        Name

# Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor     IW Health, LLC        Case number *(if known)* 22-60020
       Name

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |