**Fill in this information to identify the case:**

Debtor name __IW Health, LLC__

United States Bankruptcy Court for the: __Southern__    District of __Texas__
(State)

Case number (If known): __22-60021__    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Office Space | Heritage Mark Inc. |
| | | | 5606 N Navarro St |
| | State the term remaining | Until September 30, 2022 | Victoria, TX 77904-1727 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Office Space | Heritage Mark Inc. |
| | | | 5606 N Navarro St |
| | State the term remaining | Until September 30, 2022 | Victoria, TX 77904-1727 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Plan Support Agreement | Free Speech Systems, LLC, c/o Ray Battaglia, 66 Granburg Cir, San Antonio, TX 78218 |
| | State the term remaining | Ongoing | Alexander Jones, c/o Shelby Jordan, 500 North Shoreline Blvd, STE 900, Corpus Christi, TX 78401 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |