**Fill in this information to identify the case:**

Debtor name: Prison Planet TV, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): 22-60022   Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Plan Support Agreement | Free Speech Systems, LLC, c/o Ray Battaglia, 66 Granburg Cir, San Antonio, TX 78218 |
| | State the term remaining | Ongoing | Alexander Jones, c/o Shelby Jordan, 500 North Shoreline Blvd, STE 900, Corpus Christi, TX 78401 |
| | List the contract number of any government contract | | |
| 2.2 | | | |
| 2.3 | | | |
| 2.4 | | | |
| 2.5 | | | |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   page 1 of 1