**Fill in this information to identify the case:**

Debtor name: __Prison Planet TV, LLC__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (If known): __22-60022__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Alex Jones | c/o Shelby Jordan, 500 North Shoreline Blvd. STE 900, Corpus Christi, TX 78401 | All | ☐ D ☒ E/F ☐ G |
| 2.2 | Free Speech Systems, LLC | c/o Ray Battaglia, 66 Granberg Cir, San Antonio, TX 78218 | All | ☐ D ☒ E/F ☐ G |
| 2.3 | InfoW, LLC | PO Box 1819, Houston, TX 77251-1819 | All | ☐ D ☒ E/F ☐ G |
| 2.4 | IWHealth, LLC | PO Box 1819, Houston, TX 77251-1819 | All | ☐ D ☒ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |

Official Form 206H   Schedule H: Codebtors   page 1 of __1__