**Fill in this information to identify the case:**

Debtor name: Prison Planet TV, LLC

United States Bankruptcy Court for the: Southern District of TX (State)

Case number (If known): 22-60022

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals            12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................  $ Unknown

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................  $ Unknown

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............  $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................  $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................  + $ 0.00

4. **Total liabilities**....................................................................................................................................  $ 0.00
   Lines 2 + 3a + 3b

Official Form 206Sum           Summary of Assets and Liabilities for Non-Individuals           page 1