# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 22-60020 |
| INFOW, LLC, *et al.*, | Chapter 11 (Subchapter V) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME
TO FILE STATEMENT OF FINANCIAL AFFAIRS**

Upon the D*ebtors' Motion To Extend Time To File Statement of Financial Affairs* (the "Motion")[1] pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court being satisfied, based on the statements contained in the Motion that the requested relief is necessary, appropriate and in the best interest of the Debtors, their estates and their creditors; and it appearing that sufficient notice of the Motion has been given, and no other or further notice is required; and upon the proceedings before the Court; and after due deliberation thereon, good and sufficient cause exists for granting the relief requested therein; accordingly, it is hereby ORDERED that:

1. That the time for filing the Statements of Financial Affairs is extended to, and including, May 9, 2022.

2. This Order is without prejudice to the Debtors' rights to seek any further extensions from this Court.

Dated: _____    _____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used by not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.