Case 22-60020   Document 81   Filed in TXSB on 04/22/22   Page 1 of 2

United States Courts Southern
District of Texas
FILED
*April 22, 2022*
Nathan Ochsner, Clerk of Court

# Insert Company Name, LLC

U.S. Bankruptcy Court
Southern District of Texas
Bankruptcy Judge Christopher M. Lopez
312 S. Main St., Room 406
Victoria, Texas 77901

Re: Bankruptcy Petition #: 22-60020 InfoW, LLC

Dear Judge Lopez:

Let this be known on the record that Insert Company Name, LLC and its affiliates and its JV ("The View") would like to evaluate the assets and make an offer on any or all of the assets of InfoW and its affiliates or subsidiaries in the above styled petition. We would would like to pursue a stalking horse-bid if at all possible here in this case.

If a list of the assets could be provided and delivered to us via email or US mail, we could at that submit a cash offer. Please email to rodney@ExplorNation.com

Sincerely,

*[signature]*

Rodney D. Giles, Managing Member
Insert Company Name, LLC

1334 Brittmoore Road; Suite 1327
Houston, TX 77043
281-782-5332

Insert Company Name, LLC
PO Box 131420
Spring, TX 77393

United States Courts
Southern District of Texas
RECEIVED - Victoria Division

**APR 22 2022**

Nathan Ochsner
Clerk of Court

U.S. Bankruptcy Court
Southern District of Texas
Bankruptcy Judge Christopher M. Lopez
312 S. Main St., Room 406
Victoria, Texas 77901

77901-814806