United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 22-60020 |
| INFOW, LLC, *et al.*, | Chapter 11 (Subchapter V) |
| Debtors. | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME
TO FILE STATEMENT OF FINANCIAL AFFAIRS**

The Debtors may file Statements of Financial Affairs on or before May 9, 2022. This Order is without prejudice to the Debtors' rights to seek any further extensions from this Court.

Signed: May 03, 2022

_____
Christopher Lopez
United States Bankruptcy Judge