# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE : <br> INFOW, LLC, *et al.,* <br><br> Debtors. <br> _____ <br><br> LEONARD POZNER AND <br> VERONIQUE DE LA ROSA, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX E. JONES, INFOWARS, LLC, <br> FREE SPEECH SYSTEMS, LLC <br><br> Defendants. | § § § § § § § § § § § § § § § § | CASE NO. 22-60020 (SDTX) <br><br> CHAPTER 11 <br><br> JOINTLY ADMINISTERED <br><br><br> ADV. PROC. NO. 22-01021-HCM |

**PLAINTIFFS LEONARD POZNER AND VERONIQUE DE LA ROSA'S NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT INFOW, LLC**

Plaintiffs Leonard Pozner and Veronique De La Rosa file this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and Fed. R. Bankr. P. 7041, notifying the Court of their voluntary dismissal of all claims against Infowars, LLC (aka InfoW, LLC). This dismissal is as to the Plaintiffs' claims against this defendant only. The Plaintiffs maintain each and all of their claims against the other defendants in this action, Alex Emric Jones and Free Speech Systems, LLC. This dismissal is without prejudice and without costs.

Dated: May 2, 2022

Respectfully submitted,

| **THE BEATTY LAW FIRM PC** | **MCDOWELL HETHERINGTON LLP** |
|---|---|
| By: */s/ Max Beatty* <br> Jon Maxwell 'Max' Beatty <br> State Bar No. 24051740 <br> 1127 Eldridge Parkway, Suite 300 #338 <br> Houston, TX 77077 <br> (832) 529-3381 Telephone <br> (832) 852-1266 Fax <br> Email: max@beattypc.com | By: */s/ Avi Moshenberg* <br> Avi Moshenberg <br> Texas Bar No. 24083532 <br> Nick Lawson <br> State Bar No. 24083367 <br> Matthew Caldwell <br> State Bar No. 24107722 <br> 1001 Fannin Street, Suite 2700 <br> Houston, TX 77002 <br> Phone: (713) 337-5580 <br> Fax: (713) 337-8850 <br> Email: avi.moshenberg@mhllp.com <br> Email: nick.lawson@mhllp.com <br> Email: matthew.caldwell@mhllp.com |
| **THE AKERS FIRM PLLC** | **KASTER LYNCH FARRAR & BALL, LLP** |
| By: */s/ Cordt Akers* <br> Cordt Akers <br> State Bar No. 24080122 <br> 3401 Allen Parkway, Suite 101 <br> Houston, TX 77019 <br> Phone: (713) 877-2500 <br> Fax: (713) 583-8662 <br> Email: cca@akersfirm.com | By: */s/ Mark D. Bankston* <br> Mark D. Bankston <br> State Bar No. 24071066 <br> William R. Ogden <br> State Bar No. 24073531 <br> 1117 Herkimer <br> Houston, Texas 77008 <br> (713) 221-8300 Telephone <br> (713) 221-8301 Fax <br> Email: mark@fbtrial.com <br> Email: bill@fbtrial.com |

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service.

            */s/ Avi Moshenberg*
            Avi Moshenberg