United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.,* | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### ORDER SETTING STATUS CONFERENCE

1. The requests for an order to set a status conference are granted.

2. A status conference is set for **May 13, 2022 at 1:00 p.m.**

Signed: May 10, 2022

_____
Christopher Lopez
United States Bankruptcy Judge