IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE : <br> INFOW, LLC, *et al.,* <br><br> Debtors. <br> ──────────────────── <br><br> LEONARD POZNER AND <br> VERONIQUE DE LA ROSA, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX E. JONES, INFOWARS, LLC, <br> FREE SPEECH SYSTEMS, LLC <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 22-60020 (SDTX) <br><br> CHAPTER 11 <br><br> JOINTLY ADMINISTERED <br><br><br> ADV. PROC. NO. 22-01021-HCM |

**PLAINTIFFS LEONARD POZNER AND VERONIQUE DE LA ROSA'S NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT INFOW, LLC**

Plaintiffs Leonard Pozner and Veronique De La Rosa file this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and Fed. R. Bankr. P. 7041, notifying the Court of their voluntary dismissal of all claims against Infowars, LLC (aka InfoW, LLC). This dismissal is as to the Plaintiffs' claims against this defendant only. The Plaintiffs maintain each and all of their claims against the other defendants in this action, Alex Emric Jones and Free Speech Systems, LLC. This dismissal is without prejudice and without costs.

Dated: May 2, 2022

Respectfully submitted,

| **THE BEATTY LAW FIRM PC** | **MCDOWELL HETHERINGTON LLP** |
|---|---|

By: */s/ Max Beatty*
   Jon Maxwell 'Max' Beatty
   State Bar No. 24051740
   1127 Eldridge Parkway, Suite 300 #338
   Houston, TX 77077
   (832) 529-3381 Telephone
   (832) 852-1266 Fax
   Email: max@beattypc.com

By: */s/ Avi Moshenberg*
   Avi Moshenberg
   Texas Bar No. 24083532
   Nick Lawson
   State Bar No. 24083367
   Matthew Caldwell
   State Bar No. 24107722
   1001 Fannin Street, Suite 2700
   Houston, TX 77002
   Phone: (713) 337-5580
   Fax: (713) 337-8850
   Email: avi.moshenberg@mhllp.com
   Email: nick.lawson@mhllp.com
   Email: matthew.caldwell@mhllp.com

**THE AKERS FIRM PLLC**  **KASTER LYNCH FARRAR & BALL, LLP**

By: */s/ Cordt Akers*
   Cordt Akers
   State Bar No. 24080122
   3401 Allen Parkway, Suite 101
   Houston, TX 77019
   Phone: (713) 877-2500
   Fax: (713) 583-8662
   Email: cca@akersfirm.com

By: */s/ Mark D. Bankston*
   Mark D. Bankston
   State Bar No. 24071066
   William R. Ogden
   State Bar No. 24073531
   1117 Herkimer
   Houston, Texas 77008
   (713) 221-8300 Telephone
   (713) 221-8301 Fax
   Email: mark@fbtrial.com
   Email: bill@fbtrial.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service.

/s/ Avi Moshenberg
Avi Moshenberg