4/18/2022 9:34 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835
Alexus Rodriguez

## D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN and | § | IN DISTRICT COURT OF |
| SCARLETT LEWIS | § | |
| | § | TRAVIS COUNTY, TEXAS |
| VS. | § | |
| | § | 261st DISTRICT COURT |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER | § | |

---

### PLAINTIFFS' NOTICE OF NONSUIT AS TO INFOWARS, LLC

---

Plaintiffs Neil Heslin and Scarlett Lewis hereby give notice to the Court and all parties that Plaintiffs no longer desire to prosecute their claims against Defendant InfoWars, LLC. As such, Plaintiff hereby nonsuits all claims asserted against Defendant InfoWars, LLC.

Respectfully submitted,

**KASTER LYNCH FARRAR & BALL, LLP**

MARK D. BANKSTON
State Bar No. 24071066
WILLIAM R. OGDEN
State Bar No. 24073531
1117 Herkimer
Houston, Texas 77008
713.221.8300 Telephone
713.221.8301 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, the forgoing document was served upon all counsel of record via electronic service.

_____

MARK D. BANKSTON

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Andrew Grant on behalf of Mark Bankston
Bar No. 24071066
aj@fbtrial.com
Envelope ID: 63632526
Status as of 4/19/2022 9:48 AM CST

Associated Case Party: NEIL HESLIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Avishay Moshenberg | | avi.moshenberg@mhllp.com | 4/18/2022 9:34:55 AM | SENT |
| Mark D.Bankston | | mark@fbtrial.com | 4/18/2022 9:34:55 AM | SENT |
| William R.Ogden | | bill@fbtrial.com | 4/18/2022 9:34:55 AM | SENT |

Associated Case Party: ALEXEJONES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Federico Reynal | 24060482 | areynal@frlaw.us | 4/18/2022 9:34:55 AM | SENT |

Associated Case Party: OWEN SHROYER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tish Swearington | | tish@frlaw.us | 4/18/2022 9:34:55 AM | SENT |
| Joseph C. Magliolo | 12821600 | jmagliolo@frlaw.us | 4/18/2022 9:34:55 AM | SENT |

Case Contacts

| Name |
|------|
| Scott Weatherford |
| Joshua ARomero |
| Charles L.Babcock |
| Warren Lloyd Vavra |
| Velva Lasha Price |
| William Ogden |
| T. Wade Jefferies |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Grant on behalf of Mark Bankston
Bar No. 24071066
aj@fbtrial.com
Envelope ID: 63632526
Status as of 4/19/2022 9:48 AM CST

Case Contacts

| Name | | Email | Date | Status |
|---|---|---|---|---|
| Bradley Reeves | | brad@brtx.law | 4/18/2022 9:34:55 AM | SENT |
| Andrew Grant | | aj@fbtrial.com | 4/18/2022 9:34:55 AM | SENT |
| Robert Linkin | | rlinkin@munckwilson.com | 4/18/2022 9:34:55 AM | SENT |
| Marc Randazza | | ecf@randazza.com | 4/18/2022 9:34:55 AM | SENT |
| Norman Pattis | | npattis@pattisandsmith.com | 4/18/2022 9:34:55 AM | SENT |
| Carmen Scott | | carmen@fbtrial.com | 4/18/2022 9:34:55 AM | SENT |
| Jacquelyn W.Blott | | jblott@jblottlaw.com | 4/18/2022 9:34:55 AM | SENT |