United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 10, 2022

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.,* | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## ORDER SETTING STATUS CONFERENCE

1. The requests for an order to set a status conference are granted.

2. A status conference is set for **May 13, 2022 at 1:00 p.m.**

Signed:  May 10, 2022

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 22-60020-cml

InfoW, LLC                                                                 Chapter 11

IWHealth, LLC

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0541-6 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf002 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | IWHealth, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | InfoW, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| db | + | Prison Planet TV, LLC, 5606 N. Navarro, Ste. 300-W, Victoria, TX 77904-1770 |
| cr | + | David Wheeler, et al., c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| intp | + | Insert Company Name, LLC, 1334 Brittmoore Rd, Ste 1327, Houston, TX 77043-4035 |
| intp | + | Ray W. Battaglia, Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| intp | + | Shelby A Jordan, Jordan & Ortiz PC, 500 N Shoreline Blvd, Ste 900, Corpus Christi, TX 78401-0658 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Neil Heslin, et al. |
| intp | | Nina Khalatova |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Moshenberg | |
| | on behalf of Creditor Neil Heslin  et al. avi.moshenberg@mhllp.com, ana.sanchez@mhllp.com |

District/off: 0541-6        User: ADIuser        Page 2 of 2

Date Rcvd: May 10, 2022        Form ID: pdf002        Total Noticed: 7

Clifford Hugh Walston
on behalf of Creditor Neil Heslin  et al. cliff@wbctrial.com, claudia@wbctrial.com;brittany@wbctrial.com

Ha Minh Nguyen
on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Jayson B. Ruff
on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jon Maxwell Beatty
on behalf of Creditor Neil Heslin  et al. max@beattypc.com,
1652348420@filings.docketbird.com,7671921420@filings.docketbird.com

Kyung Shik Lee
on behalf of Debtor Prison Planet TV  LLC kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee
on behalf of Debtor InfoW  LLC kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee
on behalf of Debtor IWHealth  LLC kslee50@gmail.com, Courtnotices@kasowitz.com

Melissa A Haselden
mhaselden@haseldenfarrow.com
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367@notify.bestcase.com

R. J. Shannon
on behalf of Debtor IWHealth  LLC rshannon@parkinslee.com,
rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

R. J. Shannon
on behalf of Debtor InfoW  LLC rshannon@parkinslee.com,
rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

R. J. Shannon
on behalf of Debtor Prison Planet TV  LLC rshannon@parkinslee.com,
rjshanno@icloud.com;arobles@parkinslee.com;arodriguez@parkinslee.com;5460230420@filings.docketbird.com

Randy W Williams
on behalf of Creditor David Wheeler  et al. rww@bymanlaw.com, rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

Raymond William Battaglia
on behalf of Interested Party Ray W. Battaglia rbattaglialaw@outlook.com  rwbresolve@gmail.com

Ryan E Chapple
on behalf of Creditor David Wheeler  et al. rchapple@cstrial.com, aprentice@cstrial.com

Shelby A Jordan
on behalf of Interested Party Shelby A Jordan cmadden@jhwclaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 17