IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-60020 |
| | § | |
| INFOW, LLC, *et al.*, | § | Chapter 11 (Subchapter V) |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY, DAVID WHEELER, ) <br> FRANCINE WHEELER, JACQUELINE ) <br> BARDEN, MARK BARDEN, NICOLE ) <br> HOCKLEY, IAN HOCKLEY, JENNIFER ) <br> HENSEL, JEREMY RICHMAN, DONNA ) <br> SOTO, CARLEE SOTO-PARISI, CARLOS ) <br> M. SOTO, JILLIAN SOTO, AND ) <br> WILLIAM ALDENBERG, ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALEX EMRIC JONES, INFOWARS, LLC, ) <br> FREE SPEECH SYSTEMS, LLC, ) <br> INFOWARS HEALTH, LLC, PRISON ) <br> PLANET TV LLC, WOLFGANG HALBIG, ) <br> CORY T. SKLANKA, GENESIS ) <br> COMMUNICATIONS NETWORK, INC., ) <br> AND MIDAS RESOURCES, INC. ) <br>     Defendants. ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br>ADV. PRO. NO.     22-05004 (JAM)<br><br><br><br><br><br><br><br>ECF No. 24 |

**ORDER SCHEDULING STATUS CONFERENCE
AND REQUIRING APPEARANCE OF PARTIES**

    **ORDERED:** On May 24, 2022 at 2:00 p.m., a Status Conference will be held to discuss the Unopposed Motion to Dismiss Plaintiffs' Claims Against Removing Defendants Infowars, LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC With Prejudice (ECF No. 24); and it is further

    **ORDERED:** The Chapter 7 Trustee for the Estate of Erica L. Garbatini (fka Erica L. Lafferty), Counsel for the Plaintiffs, and Counsel for Infowars LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC), and Prison Planet TV, LLC shall appear before this Court at the Status Conference; and it is further

**ORDERED:** If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address:

**CalendarConnect_BPT@ctb.uscourts.gov**. If you do not have an email address, you may call the Clerk's Office at (203) 579−5808 for the instructions.

Dated at Bridgeport, Connecticut this 17th day of May, 2022.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 5/17/2022 |
| Case: 22–05004 | Form ID: pdfdoc2 | Total: 39 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Erica Lafferty |
| pla | David Wheeler |
| pla | Jacqueline Barden |
| pla | Mark Barden |
| pla | Nicole Hockley |
| pla | Ian Hockley |
| pla | Jennifer Hensel |
| pla | Jeremy Richman |
| pla | Donna Soto |
| pla | Carlee Soto–Parisi |
| pla | Carlos Soto |
| pla | Jillian Soto |
| pla | William Aldenberg |
| dft | Alex Emric Jones |
| dft | Free Speech Systems, LLC |
| dft | Infowars, LLC |
| dft | Infowars Health, LLC |
| dft | Prison Planet TV, LLC |
| dft | Wolfgang Halbig |
| dft | Cory T. Sklanka |
| dft | Genesis Communications Network, Inc. |
| dft | Midas Resources, Inc. |
| pla | Richard M. Coan |

TOTAL: 23

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alinor C. Sterling | asterling@koskoff.com |
| aty | Cameron Lee Atkinson | catkinson@pattisandsmith.com |
| aty | Christopher Mattei | cmattei@koskoff.com |
| aty | Eric S. Goldstein | egoldstein@goodwin.com |
| aty | Jessica Signor | jsignor@goodwin.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| pla | Francine M. Wheeler    c/o Shipman & Goodwin LLP    One Constitution Plaza    Hartford, CT 06103 |
| inv | James H. Fetzer , PH.D.    800 Violet Lane    Oregon, WI 53575 |
| aty | Norman A. Pattis    Pattis & Smith, LLC    383 Orange Street    1st Floor    New Haven, CT 06511    UNITED STATES |
| ust | U. S. Trustee    Office of the U.S. Trustee    Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510 United States |
| ust | U. S. Trustee Region 1    Office of The United States Trustee    446 Main Street, 14th Floor    Worcester, MA 01608 |
| | Wolfgang Halbig    25526 Hawks Run Lane    Sorrento, FL 32776 |
| | Cory T. Sklanka    515 Gracey Avenue    Meriden, CT 06451 |
| | Genesis Communications Network, Inc.    Attn: Officer, Managing Agent    or Agent for Service    190 Cobblestone Lane    Burnsville, MN 55337 |
| | Midas Resources, Inc.    Attn: Officer, Managing Agent or    Agent for Service    190 Cobblestone Lane    Burnsville, MN 55337 |
| | Norman A. Pattis    Pattis & Smith, LLC    383 Orange Street    1st Floor    New Haven, CT 06511 |
| | James H. Fitzer, PH.D.    800 Violet Lane    Oregon, WI 53575 |

TOTAL: 11