IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **INFOW, LLC,** *et al.*, | ) | CASE NO. 22-60020 |
| | ) | |
| **Debtors.** | ) | Chapter 11 (Subchapter V) |
| | ) | |
| | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel and the law firm of Kane Russell Coleman Logan PC hereby enter an appearance on behalf of W. Marc Schwartz. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

**Michael P. Ridulfo**
Bar No. 16902020
SDTX No.: 27086
KANE RUSSELL COLEMAN LOGAN PC
5151 San Felipe, Suite 800
Houston, Texas 77056
Ph: (713) 425-7400
Fax: (713) 425-7700
mridulfo@krcl.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

9307269 v1 (72053.00004.000)

Dated:  May 20, 2022

                                                            Respectfully submitted,

                                                            KANE RUSSELL COLEMAN LOGAN PC

                                      By:  */s/ Michael P. Ridulfo*
                                                Michael P. Ridulfo
                                                SDTX No.: 27086
                                                State Bar No. 16902020
                                                5151 San Felipe, Suite 800
                                                Houston, Texas 77056
                                                Ph: (713) 425-7400
                                                Fax: (713) 425-7700
                                                mridulfo@krcl.com

                                          Attorney for W. Marc Schwartz

## **CERTIFICATE OF SERVICE**

    This is to certify that on May 20, 2022, a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF notification system.

                                              */s/ Michael P. Ridulfo*
                                                Michael P. Ridulfo