UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **In re:** | § |
| | §  **Case No. 22-60020** |
| **INFOW, LLC,** *et al.*, | § |
| | §  **Chapter 11 (Subchapter V)** |
| **Debtors.**[1] | § |
| | §  **Jointly Administered** |

## THE TEXAS PLAINTIFFS' NOTICE OF REMAND

Texas Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine hereby file this *Notice of Remand* to provide an update to the Court regarding the status of the pending adversary proceedings previously removed to the Western District of Texas by the Debtors. On May 20, 2022, the bankruptcy court in the Western District of Texas issued an *Order Remanding Suit to the District Court of Travis County, Texas* in each of the Texas Plaintiffs' defamation cases.[2] The remand orders are attached hereto as Exhibits 1–4. After these orders were issued, the bankruptcy court closed the cases.

The only adversary proceeding that remains pending in the Western District of Texas is the Texas Plaintiffs' TUFTA case, *Heslin, et al. v. Jones, et al.*, Adv. No. 22-06004. The hearing on the motion to remand that case is set for June 21, 2022. The Texas Plaintiffs will keep the Court updated on that matter.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

[2] The "defamation cases" include the following: (1) *Pozner, et al. v. Jones, et al.*, Adv. No 22-01021; (2) *Fontaine v. Jones, et al.*, Adv. No. 22-01022; (3) *Heslin v. Jones, et al.*, Adv. No. 22-01023; and (4) *Lewis v. Jones, et al.*, Adv. No. 22-01024.

Dated: May 23, 2022 　　　　　　　　　　　Respectfully submitted,

**THE BEATTY LAW FIRM PC**
By: _/s/ J. Maxwell Beatty_
J. Maxwell Beatty
State Bar No. 24051740
max@beattypc.com
1127 Eldridge Pkwy
Suite 300, #383
Houston, Texas 77077
Tel. 832-529-3381
Fax. 832-852-1266

**-AND-**

**MCDOWELL HETHERINGTON LLP**
By: _/s/ Avi Moshenberg_
Avi Moshenberg
State Bar No. 24083532
avi.moshenberg@mhllp.com
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Tel. 713-337-5580
Fax. 713-337-8850
_Counsel for the Texas Plaintiffs_

# CERTIFICATE OF SERVICE

　　　I certify that, on May 23, 2022, a copy of the foregoing motion was served on all parties registered to receive such service via the Court's ECF system.

　　　　　　　　　　　　　　　　　　　_/s/ J. Maxwell Beatty_
　　　　　　　　　　　　　　　　　　　J. Maxwell Beatty