# EXHIBIT 2

**The relief described hereinbelow is SO ORDERED.**

**Signed May 20, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| IN RE: §<br>CASE PENDING ANOTHER DISTRICT §<br>(*In re INFOW, LLC, ET AL.,* §<br>case no. 22-60020, §<br>U.S. Bankruptcy Court, §<br>Southern District of Texas §<br>Victoria Division) §<br>    Debtors. § | |
| MARCEL FONTAINE §<br>    Plaintiff, §<br>v. §<br>ALEXANDER E. JONES; §<br>INFOWARS, LLC; §<br>FREE SPEECH SYSTEMS, LLC; and §<br>KIT DANIELS §<br>    Defendants. § | Adversary No. 22-01022-hcm |

### ORDER REMANDING SUIT
### TO 459TH DISTRICT COURT OF TRAVIS COUNTY, TEXAS

This adversary proceeding was initiated by the removal of a Texas state court suit styled *Marcel Fontaine v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC, and Kit Daniels,* cause no. D-1-GN-18-001605 ("Suit") filed in the 459th District Court

1

of Travis County, Texas ("State Court"). On April 18, 2022, Defendant InfoW, LLC f/k/a InfoWars, LLC ("InfoW") filed a Notice of Removal (dkt# 1) of the Suit from State Court to this Court. The Suit was then assigned adversary proceeding no. 22-01022 in this Court.

InfoW is a debtor that filed a voluntary Chapter 11 petition in the U.S. Bankruptcy Court for the Southern District of Texas, Victoria Division ("SDTX Bankruptcy Court") on April 17, 2022. The Chapter 11 bankruptcy case of InfoW is pending in jointly administered case no. 22-60020 ("SDTX Bankruptcy Case").

A Motion for Abstention and Remand ("Motion")(dkt# 9) has been filed by Marcel Fontaine ("Plaintiff") with this Court. On May 18, 2022, Plaintiff and InfoW filed a Stipulation with this Court ("Stipulation")(dkt# 8). In part, the Stipulation provides that (a) all of Plaintiff's claims against InfoW in the Suit are dismissed with prejudice; (b) Plaintiff's claims against Alex E. Jones and Free Speech Systems, LLC are not affected by the Stipulation; and (c) InfoW does not oppose Plaintiff's request to remand the Suit to State Court. The substance of the Stipulation filed in this Court has previously been approved by Stipulation and Order dated May 18, 2022, entered by the SDTX Bankruptcy Court on May 19, 2022.

Based on the foregoing, this Court finds that the Motion should be granted, and the following Order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOW:**

1.  The Motion for Abstention and Remand ("Motion")(dkt# 9) filed by Plaintiff is hereby GRANTED.

2.  The suit styled *Marcel Fontaine v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC, and Kit Daniels,* cause no. D-1-GN-18-001605 ("Suit"), is hereby

2

REMANDED to the 459th District Court of Travis County, Texas, for adjudication and disposition.

    3.    InfoW, LLC f/k/a InfoWars, LLC is no longer a Defendant in the Suit.

    4.    The Clerk of this Court may close this adversary proceeding.

###