# EXHIBIT 3

**The relief described hereinbelow is SO ORDERED.**

**Signed May 20, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| CASE PENDING ANOTHER DISTRICT | § | |
| (*In re INFOW, LLC, ET AL.,* | § | |
| case no. 22-60020, | § | |
| U.S. Bankruptcy Court, | § | |
| Southern District of Texas | § | |
| Victoria Division) | § | |
|     Debtors. | § | |

| | | |
|---|---|---|
| NEIL HESLIN and | § | |
|  Plaintiff, | § | |
| v. | § | Adversary No. 22-01023-hcm |
| ALEXANDER E. JONES; | § | |
| INFOWARS, LLC; | § | |
| FREE SPEECH SYSTEMS, LLC; and | § | |
| OWEN SHROYER | § | |
|  Defendants. | § | |

**ORDER REMANDING SUIT**
**TO 459TH DISTRICT COURT OF TRAVIS COUNTY, TEXAS**

  This adversary proceeding was initiated by the removal of a Texas state court suit

styled *Neil Heslin v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC, and*

*Owen Shroyer,* cause no. D-1-GN-18-001835 ("Heslin Suit"), originally filed in the 261st

District Court of Travis County, Texas. On April 18, 2022, Defendant InfoW, LLC f/k/a InfoWars, LLC ("InfoW") filed a Notice of Removal (dkt# 1) of the Heslin Suit to this Court, which caused the Heslin Suit to be assigned adversary proceeding no. 22-01023 in this Court.

Prior to the removal, a state court suit styled *Scarlett Lewis v. Alexander E. Jones, InfoWars, LLC, and Free Speech Systems, LLC,* cause no. D-1-GN-18-006623 ("Lewis Suit") filed in the 98th District Court of Travis County, Texas, was consolidated with the Heslin Suit ("Consolidated Suit"), and the Consolidated Suit was assigned to the 459th District Court of Travis County, Texas ("State Court"). On April 18, 2022, Defendant InfoW filed a separate Notice of Removal of the Lewis Suit to this Court, which caused the Lewis Suit to be assigned adversary proceeding no. 22-01024 in this Court.

InfoW is a debtor that filed a voluntary Chapter 11 petition in the U.S. Bankruptcy Court for the Southern District of Texas, Victoria Division ("SDTX Bankruptcy Court") on April 17, 2022. The Chapter 11 bankruptcy case of InfoW is pending in jointly administered case no. 22-60020 ("SDTX Bankruptcy Case").

A Motion for Abstention and Remand ("Motion")(dkt# 7) has been filed by Neil Heslin and Scarlett Lewis ("Plaintiffs") with this Court. On May 18, 2022, Plaintiffs and InfoW filed a Stipulation with this Court ("Stipulation")(dkt# 13). In part, the Stipulation provides that (a) all of Plaintiffs' claims against InfoW in the Consolidated Suit are dismissed with prejudice; (b) Plaintiffs' claims against Alex E. Jones, Free Speech Systems, LLC, and Owen Shroyer are not affected by the Stipulation; and (c) InfoW does not oppose Plaintiffs' Motion to Remand the Consolidated Suit to State Court. The substance of the Stipulation filed in this Court has previously been approved by

2

Stipulation and Order dated May 18, 2022, entered by the SDTX Bankruptcy Court on May 19, 2022 (dkt# 15).

Based on the foregoing, this Court finds that the Motion should be granted, and the following Order should be entered.

### IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOW:

1.     The Motion for Abstention and Remand ("Motion")(dkt# 7) filed by Plaintiffs is hereby GRANTED.

2.     The consolidated suit styled *Neil Heslin and Scarlett Lewis v. Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC, and Owen Shroyer,* cause no. D-1-GN-18-001835/D-1-GN-18-006623 ("Consolidated Suit") is hereby REMANDED to the 459th District Court of Travis County, Texas, for adjudication and disposition.

3.     InfoW, LLC f/k/a InfoWars, LLC is no longer a Defendant in the Consolidated Suit.

4.     The Clerk of this Court may close this adversary proceeding.

###