UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   INFOW, LLC *et al.* | § | CASE NO. 22-60020 |
| | § | |
| | § | CHAPTER 11 (Subchapter V) |
| | § | Jointly Administered |
| DEBTORS.[1] | § | |

## NOTICE OF CONTINUED FIRST MEETING OF CREDITORS

YOUR ARE HEREBY NOTIFIED that the meeting of creditors scheduled for May 26, 2022 has been continued to **June 2, 2022, at 10:00 a.m.** Any party wishing to participate may call 866-707-5468, then enter the Participant Code 6166997 followed by the pound or hashtag symbol - #. No other deadlines or provisions described in the Official Form 309 Notice of Chapter 11 Bankruptcy Case are changed by this notice are changed by this notice, and all such deadlines and provisions remain in full effect except as may be otherwise ordered by the Court.

Dated: May 26, 2022

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:   /s/ Jayson B. Ruff
      Jayson B. Ruff
      Trial Attorney
      MI State Bar No. P69893
      Office of the United States Trustee
      515 Rusk Avenue, Suite 3516
      Houston, TX 77002
      (713) 718-4650 Ext. 252
      (713) 718-4670 Fax
      Jayson.B.Ruff@usdoj.gov

---

1 The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.