**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 22-60020** |
| **INFOW, LLC,** *et al.*, | **Chapter 11 (Subchapter V)** |
| **Debtors.**[1] | **Jointly Administered** |

**ORDER GRANTING MOTION PURSUANT TO BANKRUPTCY RULE 9023 TO AMEND STIPULATION AND AGREED ORDER DISMISSING DEBTORS' CHAPTER 11 CASES**

The Court having considered the *Motion Pursuant To Bankruptcy Rule 9023 To Amend Stipulation And Agreed Order Dismissing Debtors' Chapter 11 Cases* (the "Motion")[2] filed by Parkins & Rubio, LLP, general bankruptcy counsel for the Debtors from the period April 18, 2022 through May 15, 2022, arguments of counsel, and objections, if any; and based on the matters reflected in the record of the hearing held on the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that notice of the Motion was sufficient; and that good cause has been shown for granting the relief requested therein, it is hereby **ORDERED** that:

1.     The terms of this order supplement the terms of the *Stipulation And Agreed Order Dismissing Debtors' Chapter 11 Cases* [ECF No. 114] (the "Dismissal Order").

2.     Notwithstanding the dismissal of these Chapter 11 Cases, the Bankruptcy Court retains jurisdiction to consider approval of the retention applications for the professional the

---

[1]     The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

[2]     Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

Debtors sought to retain in these Chapter 11 Cases and the fee applications of such professionals.

3.    Each professional retained by the Debtors (each, a "Debtors' Professional") who wants to seek payment of their fees and reimbursement of their expense as an administrative expenses of the Debtors' Chapter 11 Cases must file an application (a "Fee Application") for allowance and payment of fees and reimbursement of expenses by no later than _____ _____, 2022 (the "Fee Application Deadline").

4.    The Court will conduct a hearing to consider approval of the Fee Applications and the related retention applications of such Debtors' Professionals on _____ _____, 2022 at __:____ __.m. (CT) in Courtroom 401, 4th Floor, 515 Rusk, Houston, Texas 77002.

5.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DATED: _____, 2022

_____
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE