```
Label Matrix for local noticing        IWHealth, LLC                          InfoW, LLC
0541-6                                  5606 N. Navarro                        5606 N. Navarro
Case 22-60020                           Ste. 300-W                             Ste. 300-W
Southern District of Texas              Victoria, TX 77904-1770                Victoria, TX 77904-1770
Victoria
Mon Jun 13 20:00:01 CDT 2022

Insert Company Name, LLC                Prison Planet TV, LLC                  6
1334 Brittmoore Rd                      5606 N. Navarro                        United States Bankruptcy Court
Ste 1327                                Ste. 300-W                             PO Box 61010
Houston, TX 77043-4035                  Victoria, TX 77904-1770                Houston, TX 77208-1010


Alex E. Jones                           Brennan Gilmore                        Carlee Soto-Parisi
c/o Jordan & Ortiz, P.C.                c/o Civil Rights Clinic                c/o Koskoff Koskoff & Bieder
Attn: Shelby Jordan                     ATTN: Andrew Mendrala                  350 Fairfield Ave
500 North Shoreline Blvd, STE 900       600 New Jersey Avenue, NW              Bridgeport, CT 06604-6014
Corpus Christi, TX 78401-0658           Washington, DC 20001-2022


Carlos Soto                             Christopher Sadowski                   Dona Soto
c/o Koskoff Koskoff & Bieder            c/o Copycat Legal PLLC                 c/o Koskoff Koskoff & Bieder
350 Fairfield Ave                       3111 N. University Drive Ste. 301      350 Fairfield Ave
Bridgeport, CT 06604-6014               Coral Springs, FL 33065-5058           Bridgeport, CT 06604-6014


Erica Lafferty                          Francine Wheeler                       Free Speech Systems, LLC
c/o Koskoff Koskoff & Bieder            c/o Koskoff Koskoff & Bieder           c/o Law Office of Raymond W. Battaglia
350 Fairfield Ave                       350 Fairfield Ave                      66 Granburg Circle
Bridgeport, CT 06604-6014               Bridgeport, CT 06604-6014              San Antonio, TX 78218-3010


Ian Hockley                             Jacqueline Barden                      Jennifer Hensel
c/o Koskoff Koskoff & Bieder            c/o Koskoff Koskoff & Bieder           c/o Koskoff Koskoff & Bieder
350 Fairfield Ave                       350 Fairfield Ave                      350 Fairfield Ave
Bridgeport, CT 06604-6014               Bridgeport, CT 06604-6014              Bridgeport, CT 06604-6014


Jeremy Richman                          Jillian Soto                           Larry Klayman, Esq.
c/o Koskoff Koskoff & Bieder            c/o Koskoff Koskoff & Bieder           7050 W. Palmetto Park Rd
350 Fairfield Ave                       350 Fairfield Ave                      Boca Raton, FL 33433-3426
Bridgeport, CT 06604-6014               Bridgeport, CT 06604-6014


Leonard Pozner                          Marcel Fontaine                        Mark Barden
c/o Kaster Lynch Farrar & Ball LLP      c/o Kaster, Lynch, Farrar & Ball LLP   c/o Koskoff Koskoff & Bieder
1117 Herkimer                           1117 Herkimer                          350 Fairfield Ave
Houston, TX 77008-6745                  Houston, TX 77008-6745                 Bridgeport, CT 06604-6014


Neil Heslin                             Nicole Hockley                         PQPR Holdings Limited, LLC
c/o Kaster Lynch Farrar & Ball LLP      c/o Koskoff Koskoff & Bieder           c/o Eric Taub, Waller
1117 Herkimer                           350 Fairfield Ave                      100 Congress Ave STE 1800
Houston, TX 77008-6745                  Bridgeport, CT 06604-6014              Austin, TX 78701-4042


Randazza Legal Group                    Robert Parker                          Scarlett Lewis
2764 Lake Sahara Dr STE 109             c/o Koskoff Koskoff & Bieder           c/o Kaster Lynch Farrar & Ball, LLP
Las Vegas, NV 89117-3400                350 Fairfield Ave                      1117 Herkimer Street
                                        Bridgeport, CT 06604-6014              Houston, TX 77008-6745
```

| | | |
|---|---|---|
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Veronique De La Rosa<br>c/o Kaster Lynch Farrar & Ball LLP<br>1117 Herkimer<br>Houston, TX 77008-6745 | William Aldenberg<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 |
| William Sherlach<br>c/o Koskoff Koskoff & Bieder<br>350 Fairfield Ave<br>Bridgeport, CT 06604-6014 | David Wheeler, et al.<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-4653 | Kyung Shik Lee<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive<br>Apt. B<br>Houston, TX 77027-5499 |
| Kyung Shik Lee<br>Kyung S. Lee PLLC<br>Pennzoil Place-Suite 1300<br>HOUSTON, TX 77002 United States | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | R. J. Shannon<br>Shannon & Lee LLP<br>700 Milam St., STE 1300<br>Houston, TX 77002-2736 |
| Ray W. Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 | Shelby A Jordan<br>Jordan & Ortiz PC<br>500 N Shoreline Blvd<br>Ste 900<br>Corpus Christi, TX 78401-0658 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Neil Heslin, et al. | (u)Nina Khalatova | (u)W. Marc Schwartz |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43