United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 15, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 22-60020 |
| INFOW, LLC, *et al.*, | Chapter 11 (Subchapter V) |
| Debtors. | Jointly Administered |

## ORDER SETTING STATUS CONFERENCE ON
## PARKINS & RUBIO LLP MOTION FILED AT DOCKET NO. 120

The Court will conduct a status conference on **June 17, 2022 at 9:30 a.m.** about the motion filed by Parkins & Rubio LLP at Docket No. 120.

Charles Rubio, Kyung S. Lee, and W. Marc Schwartz are ordered to appear in person.

For the avoidance of doubt, these cases remain dismissed under the Court's Order at Docket No. 114.

Signed: June 15, 2022

_____
Christopher Lopez
United States Bankruptcy Judge