

50 Main Street, Suite 1000
White Plains, NY 10606
Phone: 212-763-3330
www.parkinsrubio.com

Charles M. Rubio  |  crubio@parkinsrubio.com  |  Direct: 212-763-3331

June 17, 2022

Honorable Judge Christopher M. Lopez
United States Bankruptcy Courts
Southern District of Texas
515 Rusk Ave.
Houston, TX 77002

Filed on ECF

**Re: InfoW, LLC, et al.: Order Setting Status Conference (Case No. 22-60020)**

To the Honorable Court:

      Reference is made to that certain *Order Setting Status Conference on Parkins & Rubio LLP Motion Filed At Docket No. 120* ("Status Conference Order") filed on June 15, 2022. The Status Conference Order states in relevant part that I, Charles Rubio, am ordered to appear in person for a status conference to be held on Friday at 9:30 a.m. (CT).

      On June 15, 2022, after I saw the Status Conference Order, I booked a flight from New York (LGA) to Houston (IAH) on June 16, 2022. The flight (UA 6118) was originally scheduled to depart at 2:00 p.m. (ET). The flight was subject to several delays throughout the day on June 16, 2022. The last delay I was aware of was for a scheduled departure at 8:45 a.m. (ET) on Friday, June 17, 2022. I changed that flight to a flight that was then scheduled to depart at 11:00 p.m. on June 16, 2022 (UA 1268). This flight was then cancelled. I could not identify any other flight leaving the New York area which would allow me to arrive in Houston on time for the status conference.

      Pursuant to the email I received from Ms. Saldaña yesterday evening, stating in relevant part: "You can appear by phone & video, and the Court extends the same courtesy to the other parties ordered to appear in person[,]" I will appear at the status conference by phone and video.

      Very truly yours,

      Charles M. Rubio