**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **INFOW, LLC** *et al.* | § | **CASE NO. 22-60020** |
| | § | |
| **Debtors** | § | **CHAPTER 11 (Subchapter V)** |
| | § | **Jointly Administered** |
| | § | |

**NOTICE OF FILING FIRST AND FINAL FEE APPLICATION**
**OF MELISSA A. HASELDEN, SUBCHAPTER V TRUSTEE**

YOU ARE HEREBY NOTIFIED that on June 10, 2022, Melissa A. Haselden, Subchapter V Trustee, filed her First and Final Fee Application for Allowance of Compensation [Doc. No. 128] (the "**Application**") for services provided to the Debtors.  The Application has been filed pursuant to 11 U.S.C. § 330, and covers professional services rendered to the Debtors and reimbursement of expenses for the period April 18, 2022 to June 10, 2022.

The Trustee requests that the Court approve on a final basis $12,375.00 in fees, $0.00 in expenses, and $1,900.00 for the preparation, service and prosecution of the Application for a total amount of $14,275.00.

A copy of the Application has been filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Rm 400, Houston, Texas 77002, and may be examined during its normal business hours.

DATED:      June 20, 2022            Respectfully submitted,

**HASELDEN FARROW PLLC**

By: */s/ Melissa A. Haselden*
Melissa A. Haselden
State Bar No. 00794778
700 Milam, Suite 1300
Pennzoil Place
Houston, Texas 77002
Telephone: (832) 819-1149
Facsimile: (866) 405-6038
Email: mhaselden@haseldenfarrow.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2022, a copy of the foregoing *Notice of Filing First and Final Fee Application of Melissa A. Haselden, Subchapter V Trustee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from April 18, 2022 to June 10, 2022* has been served via through the ECF system to the parties listed below.

22-60020 Notice will be electronically mailed to:

Raymond William Battaglia on behalf of Interested Party Ray W. Battaglia
rbattaglialaw@outlook.com, rwbresolve@gmail.com

Jon Maxwell Beatty on behalf of Creditor Neil Heslin, et al.
max@beattypc.com,
1652348420@filings.docketbird.com,7671921420@filings.docketbird.com

Ryan E Chapple on behalf of Creditor David Wheeler, et al.
rchapple@cstrial.com, aprentice@cstrial.com

Melissa A Haselden
mhaselden@haseldenfarrow.com,
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367
@notify.bestcase.com

Melissa A Haselden on behalf of Trustee Melissa A Haselden
mhaselden@haseldenfarrow.com,
haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;haselden.melissaa.r104367
@notify.bestcase.com

Shelby A Jordan on behalf of Interested Party Shelby A Jordan
cmadden@jhwclaw.com

Kyung Shik Lee on behalf of Attorney Kyung Shik Lee
kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor IWHealth, LLC
kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor InfoW, LLC
kslee50@gmail.com, Courtnotices@kasowitz.com

Kyung Shik Lee on behalf of Debtor Prison Planet TV, LLC
kslee50@gmail.com, Courtnotices@kasowitz.com

Avi Moshenberg on behalf of Creditor Neil Heslin, et al.
avi.moshenberg@mhllp.com, ana.sanchez@mhllp.com

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Michael P Ridulfo on behalf of Other Prof. W. Marc Schwartz
mridulfo@krcl.com, rcoles@krcl.com

Charles Michael Rubio on behalf of Attorney Parkins & Rubio LLP
crubio@parkinslee.com,
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;s
kimble@parkinslee.com

Charles Michael Rubio on behalf of Debtor IWHealth, LLC
crubio@parkinslee.com,
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;s
kimble@parkinslee.com

Charles Michael Rubio on behalf of Debtor InfoW, LLC
crubio@parkinslee.com,
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;s
kimble@parkinslee.com

Charles Michael Rubio on behalf of Debtor Prison Planet TV, LLC
crubio@parkinslee.com,
7485062420@filings.docketbird.com;arodriguez@parkinslee.com;bmcfadden@parkinslee.com;s
kimble@parkinslee.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

R. J. Shannon on behalf of Debtor IWHealth, LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon on behalf of Debtor InfoW, LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon on behalf of Debtor Prison Planet TV, LLC
rshannon@shannonpllc.com,
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Clifford Hugh Walston on behalf of Creditor Neil Heslin, et al.
cliff@wbctrial.com, rose@wbctrial.com;brittany@wbctrial.com

Randy W Williams on behalf of Creditor David Wheeler, et al.
rww@bymanlaw.com, rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net

/s/ Melissa A. Haselden
Melissa A. Haselden