UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 22-60020 |
| INFOW, LLC, *et al.*, | Chapter 11 (Subchapter V) |
| Debtors.[1] | Jointly Administered |

**WITHDRAWAL OF**
**(I) DEBTORS' APPLICATION TO EMPLOY PARKINS LEE & RUBIO LLP AS BANKRUPTCY COUNSEL FOR THE PERIOD FROM APRIL 18 TO MAY 15, 2022 [ECF NO. 94]; (II) FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PARKINS & RUBIO LLP, AS GENERAL COUNSEL FOR THE DEBTORS, FOR THE PERIOD APRIL 18, 2022 THROUGH MAY 15, 2022 [ECF NO. 119] AND (III) MOTION PURSUANT TO BANKRUPTCY RULE 9023 TO AMEND STIPULATION AND AGREED ORDER DISMISSING DEBTORS' CHAPTER 11 CASES [ECF NO. 120]**

The following documents are withdrawn:

(I) Debtors' Application To Employ Parkins Lee & Rubio LLP As Bankruptcy Counsel For The Period From April 18 To May 15, 2022 [ECF No. 94];

(II) First And Final Application For Allowance of Compensation and Reimbursement of Expenses of Parkins & Rubio LLP, As General Counsel For the Debtors, For the Period April 18, 2022 Through May 15, 2022 [ECF No. 119]; and

(III) Motion Pursuant To Bankruptcy Rule 9023 To Amend Stipulation And Agreed Order Dismissing Debtors' Chapter 11 Cases [ECF No 120].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: InfoW, LLC, f/k/a Infowars, LLC (6916), IWHealth, LLC f/k/a Infowars Health, LLC (no EIN), Prison Planet TV, LLC (0005). The address for service to the Debtors is PO Box 1819, Houston, TX 77251-1819.

Dated: June 22, 2022

                                        Respectfully Submitted

                                        PARKINS & RUBIO LLP

                                        */s/ Charles M. Rubio*
                                        Lenard M. Parkins PLLC
                                        TX Bar No. 15518200
                                        Charles M. Rubio P.C.
                                        TX Bar No. 24083768
                                        R. Hale Neilson
                                        TX Bar No 24116820
                                        Pennzoil Place
                                        700 Milam Street, Suite 1300
                                        Houston, TX 77002
                                        Phone: (713) 715-1660
                                        Fax:   (713) 715-1669
                                        Email: lparkins@parkinsrubio.com
                                                      crubio@parkinsrubio.com
                                                      hneilson@parkinsrubio.com