United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 15, 2022
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| INFOW, LLC *et al.* | § | CASE NO. 22-60020 |
| | § | |
| DEBTORS | § | CHAPTER 11 (Subchapter V) |
| | § | Jointly Administered |

### ORDER ON FIRST AND FINAL APPLICATION OF MELISSA A. HASELDEN FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO THE DEBTORS FOR THE PERIOD FROM APRIL 18, 2022 TO JUNE 10, 2022

(Relates to Docket No. 128)

On this day, came on for consideration the First and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Melissa A. Haselden (**"Trustee"**), in her capacity as Subchapter V Trustee for InfoW, LLC, Prison Planet TV, LLC, and IWHealth, LLC (collectively **"InfoW" or "Debtors")**, in the above captioned proceeding, for the period from April 18, 2022 to June 10, 2022. The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered, and costs advanced by the Trustee on behalf of the Debtors, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

1. The Application is APPROVED.

2. The Court approves compensation to Melissa A. Haselden, Subchapter V Trustee, totaling $14,275.00.

3. The Court authorizes Trustee to apply $14,275.00 of the Fee Deposit[1] to the outstanding fees and expenses referenced herein and remit any remaining balance of the Fee Deposit to the Debtors.

Signed: July 15, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined have the meaning ascribed in the Application.