UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

IN RE: §
   INFOW, LLC *et al.* § CASE NO. 22-60020
§
§ CHAPTER 11 (Subchapter V)
§ Jointly Administered
§

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Melissa A. Haselden*, having been appointed trustee of the estates of the above-named debtors, report I collected funds totaling: $ 0.00.  The cases were dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on July 15, 2022, the Court ordered compensation of $14,275.00 be awarded to the trustee.  These funds were paid by the debtors to the trustee on July 19, 2022.  I hereby certify that the estates of the above-named debtors has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.

    08/05/2022                  /s/ Melissa A. Haselden

Date: _____     By: _____
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR B**